BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
FEB 19 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMILIO LARA,<br><br>　　　　Defendant. | CASE NO. 2:15-CR-0039 KJM<br><br>26 U.S.C. § 7206(2) – Aiding and Assisting in the Preparation and Presentation of False and Fraudulent Income Tax Returns (38 Counts); |

# INDICTMENT

<u>COUNTS ONE THROUGH THIRTY-EIGHT</u>: [26 U.S.C. § 7206(2) – Aiding and Assisting in the Preparation and Presentation of False and Fraudulent Income Tax Returns]

The Grand Jury charges: T H A T

EMILIO LARA,

defendant herein, on or about the dates set forth below, in the State and Eastern District of California, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040, for the taxpayers and calendar years set forth below. The returns were false and fraudulent as to material matters, in that they represented that the taxpayers were entitled under the provisions of the Internal Revenue laws to claim deductions for items and in amounts set forth below, when in truth and in fact, as the defendant then and there knew, the taxpayers were not entitled to claim deductions for those items in the claimed amounts.

| Count | Date | Taxpayer | Tax Year | Falsely Claimed Item(s) and Amount(s) |
|---|---|---|---|---|
| 1 | January 26, 2009 | Taxpayer 1 | 2008 | Medical and dental expenses in the amount of $1,696; and unreimbursed employee expenses in the amount of $9,297. |
| 2 | January 30, 2009 | Taxpayer 2 | 2008 | Charitable contributions in the amount of $740; and unreimbursed employee expenses in the amount of $6,332. |
| 3 | February 6, 2009 | Taxpayer 3 | 2008 | Unreimbursed employee expenses in the amount of $3,996. |
| 4 | February 15, 2009 | Taxpayer 4 | 2008 | Medical and dental expenses in the amount of $5,321; charitable contributions in the amount of $2,387; and unreimbursed employee expenses in the amount of $19,093. |
| 5 | February 16, 2009 | Taxpayer 5 | 2008 | Medical and dental expenses in the amount of $4,921; charitable contributions in the amount of $1,672; and unreimbursed employee expenses in the amount of $12,342. |
| 6 | February 19, 2009 | Taxpayer 6 | 2008 | Medical and dental expenses in the amount of $2,881; charitable contributions in the amount of $1,591; and unreimbursed employee expenses in the amount of $11,812. |
| 7 | February 28, 2009 | Taxpayer 7 | 2008 | Medical and dental expenses in the amount of $6,200; and unreimbursed employee expenses in the amount of $1,541. |
| 8 | February 28, 2009 | Taxpayer 8 | 2008 | Medical and dental expenses in the amount of $2,488; and unreimbursed employee expenses in the amount of $3,998. |
| 9 | March 6, 2009 | Taxpayer 9 | 2008 | Medical and dental expenses in the amount of $3,314; charitable contributions in the amount of $3,028; and unreimbursed employee expenses in the amount of $13,146. |
| 10 | March 9, 2009 | Taxpayer 10 | 2008 | Medical and dental expenses in the amount of $3,894; charitable contributions in the amount of $1,178; and unreimbursed employee expenses in the amount of $2,280. |
| 11 | March 12, 2009 | Taxpayer 11 | 2008 | Unreimbursed employee expenses in the amount of $1,914. |

INDICTMENT

2

| | | | | |
|---|---|---|---|---|
| 12 | March 14, 2009 | Taxpayer 12 | 2008 | Medical and dental expenses in the amount of $1,348; charitable contributions in the amount of $2,625; and unreimbursed employee expenses in the amount of $10,687. |
| 13 | March 28, 2009 | Taxpayer 13 | 2008 | Unreimbursed employee expenses in the amount of $10,757. |
| 14 | January 23, 2010 | Taxpayer 3 | 2009 | Charitable contributions in the amount of $1,075; and unreimbursed employee expenses in the amount of $3,961. |
| 15 | January 25, 2010 | Taxpayer 1 | 2009 | Medical and dental expenses in the amount of $4,488; and unreimbursed employee expenses in the amount of $4,894. |
| 16 | February 8, 2010 | Taxpayer 9 | 2009 | Medical and dental expenses in the amount of $5,289; charitable contributions in the amount of $2,615; and unreimbursed employee expenses in the amount of $10,074. |
| 17 | February 10, 2010 | Taxpayer 10 | 2009 | Medical and dental expenses in the amount of $4,787; charitable contributions in the amount of $1,310; and unreimbursed employee expenses in the amount of $7,656. |
| 18 | February 10, 2010 | Taxpayer 14 | 2009 | Medical and dental expenses in the amount of $3,728; charitable contributions in the amount of $2,217; and unreimbursed employee expenses in the amount of $9,016. |
| 19 | February 10, 2010 | Taxpayer 12 | 2009 | Medical and dental expenses in the amount of $2,589; charitable contributions in the amount of $3,172; and unreimbursed employee expenses in the amount of $9,580. |
| 20 | February 15, 2010 | Taxpayer 15 | 2009 | Unreimbursed employee expenses in the amount of $8,554. |
| 21 | February 15, 2010 | Taxpayer 16 | 2009 | Medical and dental expenses in the amount of $8,569; charitable contributions in the amount of $2,570; and unreimbursed employee expenses in the amount of $7,230. |
| 22 | February 19, 2010 | Taxpayer 2 | 2009 | Medical and dental expenses in the amount of $1,692; charitable contributions in the amount of $1,775; and unreimbursed employee expenses in the amount of $7,647. |
| 23 | February 23, 2010 | Taxpayer 8 | 2009 | Charitable contributions in the amount of $1,520; and unreimbursed employee expenses in the amount of $3,221. |

| | | | | |
|---|---|---|---|---|
| 24 | March 1, 2010 | Taxpayer 5 | 2009 | Medical and dental expenses in the amount of $4,617; charitable contributions in the amount of $2,788; and unreimbursed employee expenses in the amount of $9,887. |
| 25 | March 2, 2010 | Taxpayer 17 | 2009 | Charitable contributions in the amount of $1,715; and unreimbursed employee expenses in the amount of $3,120. |
| 26 | March 4, 2010 | Taxpayer 18 | 2009 | Charitable contributions in the amount of $2,478; and unreimbursed employee expenses in the amount of $5,128. |
| 27 | March 20, 2010 | Taxpayer 19 | 2009 | Medical and dental expenses in the amount of $7,301; charitable contributions in the amount of $3,124; and unreimbursed employee expenses in the amount of $6,097. |
| 28 | March 24, 2010 | Taxpayer 20 | 2009 | Medical and dental expenses in the amount of $2,305; charitable contributions in the amount of $1,175; and unreimbursed employee expenses in the amount of $9,019. |
| 29 | March 27, 2010 | Taxpayer 4 | 2009 | Medical and dental expenses in the amount of $5,084; charitable contributions in the amount of $2,684; and unreimbursed employee expenses in the amount of $16,576. |
| 30 | April 14, 2010 | Taxpayer 11 | 2009 | Charitable contributions in the amount of $1,701; and unreimbursed employee expenses in the amount of $3,778. |
| 31 | January 14, 2011 | Taxpayer 12 | 2010 | Medical and dental expenses in the amount of $430; charitable contributions in the amount of $2,190; and unreimbursed employee expenses in the amount of $9,991. |
| 32 | February 18, 2011 | Taxpayer 2 | 2010 | Medical and dental expenses in the amount of $1,751; and unreimbursed employee expenses in the amount of $4,218. |
| 33 | February 18, 2011 | Taxpayer 16 | 2010 | Medical and dental expenses in the amount of $8,401; charitable contributions in the amount of $3,054; and unreimbursed employee expenses in the amount of $4,727. |
| 34 | February 20, 2011 | Taxpayer 7 | 2010 | Charitable contributions in the amount of $3,288; and unreimbursed employee expenses in the amount of $2,450. |

| | | | | |
|---|---|---|---|---|
| 35 | March 3, 2011 | Taxpayer 21 | 2010 | Medical and dental expenses in the amount of $2,558; charitable contributions in the amount of $1,854; and unreimbursed employee expenses in the amount of $9,892. |
| 36 | March 7, 2011 | Taxpayer 4 | 2010 | Medical and dental expenses in the amount of $6,812; charitable contributions in the amount of $3,044; and unreimbursed employee expenses in the amount of $15,883. |
| 37 | February 11, 2012 | Taxpayer 7 | 2011 | Charitable contributions in the amount of $3,100; and unreimbursed employee expenses in the amount of $4,257. |
| 38 | March 6, 2012 | Taxpayer 21 | 2011 | Medical and dental expenses in the amount of $1,900; and unreimbursed employee expenses in the amount of $5,497. |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

INDICTMENT                               5

<sub>No. _____</sub>

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

EMILIO LARA

## INDICTMENT

**VIOLATION(S):** 26 U.S.C. § 7206(2) – Aiding and Assisting in the Preparation and Presentation of False and Fraudulent Income Tax Returns (38 Counts)

A true bill,

/s/ Signature on file w/AUSA

_____
Foreman.

Filed in open court this ___19___ day of __FEBRUARY__, A.D. 20_15_

_____
Clerk

Bail, $ _SUMMONS_____

_____
Carolyn K. Delaney
U.S. Magistrate Judge

GPO 863 525

## United States v. Emilio Lara
### Penalties for Indictment

**Defendant**
Emilio Lara

**COUNTS 1-38:**

VIOLATION: 26 U.S.C. §§ 7206(2) - Aiding and Assisting in the Preparation and Presentation of False and Fraudulent Income Tax Returns

PENALTIES: A maximum of 3 years in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release of up to 1 year
Restitution for losses caused by the conduct
Payment of the government's costs of prosecution

SPECIAL ASSESSMENT: $100 (mandatory on each count)