1  DAVID J. COHEN, ESQ.
   California Bar No. 145748
2  **BAY AREA CRIMINAL LAWYERS, PC**
   300 Montgomery Street, Suite 660
3  San Francisco, CA 94104
   Telephone:  (415) 398-3900

4

5  Attorneys for Defendant **Emilio Lara**

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )        Case No. CR-15-0039 KJM (AC)
                                    )
12              Plaintiff,          )
                                    )        **STIPULATION   TO   CONTINUE**
13 v.                               )        **HEARING IN CONNECTION WITH MR.**
                                    )        **LARA'S  CONDITIONS  OF  RELEASE**
14 EMILIO LARA,                     )        **AND DEFENSE REQUEST TO AMEND**
                                    )        **TRAVEL  CONDITIONS  TO  PERMIT**
15              Defendant.          )        **MR. LARA TO TRAVEL TO BRAZIL**
                                    )        **FOR  PRE-PLANNED  AND  PRE-PAID**
16                                  )        **WEDDING AND [PROPOSED] ORDER**
                                    )        **THEREON**
17 _____)

18        **IT IS HEREBY STIPULATED** by and between the parties that the hearing on March 11,

19 2015 at 2:00 p.m. be taken off calendar and continued until March 16, 2015 at 2:00 p.m. before

20 Magistrate Judge Dale A. Drozd in Courtroom 27.

21        **IT IS SO STIPULATED.**

22

23                                  MELINDA HAAG, ESQ.
                                    United States Attorney
24

25 Dated: March 10, 2015            By: /s/Matthew G. Morris_____
                                    MATTHEW G. MORRIS, ESQ.
26                                  Assistant United States Attorney

27                                  Attorney for **Plaintiff**

28

1

2                                **BAY AREA CRIMINAL LAWYERS, PC**

3

Dated: March 10, 2015           By: /s/David J. Cohen_____
4                                  DAVID J. COHEN, ESQ.

5                                  Attorneys for Defendant **Emilio Lara**

6

7        **IT IS SO ORDERED.**

8

9 Dated: 3/10/2015                   /s/ Carolyn K. Delaney_
                                THE HONORABLE CAROLYN K. DELANEY
10                                 MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28