BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>EMILIO LARA,<br><br>　　　　　　　　Defendant. | CASE NO. 2:15-CR-00039-KJM<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISCOVERY CONTAINING PERSONAL IDENTIFYING INFORMATION AND PROTECTED TAX INFORMATION |

　　　　IT IS HERBEY STIUPLATED AND AGREED by the parties that some of the materials provided as discovery in this case to defense counsel are subject to a Protective Order. Mr. Lara is charged with offenses related to alleged false claims on tax returns.

　　　　The parties agree that discovery in this case contains "Protected Information," including but not limited to, tax information and records, social security numbers, addresses, bank account information, and dates of birth. The Protective Order extends to all materials provided to the defense, including those concerning conduct not directly charged in the Indictment.

　　　　Through this Stipulation, defense counsel agrees that the Protected Information is entrusted to counsel only for the purposes of representing his client in this criminal case and for no other purpose. Further, defense counsel agrees not to share any documents that contain Protected Information with anyone other than designated defense investigators, experts, and support staff. Defense counsel will have a duty to inform his defense investigators, experts, and support staff of this Order and provide them

1  with a copy of it.  Defense counsel may permit Mr. Lara to review the Protected Information and be
2  aware of its contents, but Mr. Lara shall not be given control of the Protected Information or provided
3  any copies of the Protected Information that have not been redacted of the Protected Information.  Any
4  person receiving Protected Information or a copy of the Protected Information from Mr. Lara's counsel
5  shall be bound by the same obligations as counsel and further may not give the Protected Information to
6  anyone (except that the protected documents shall be returned to counsel).

7      Counsel agree to store Protected Information in a secure place and to use care to ensure that
8  information is not disclosed to third parties in violation of this agreement.  At the conclusion of the case,
9  defense counsel agrees to destroy all copies of Protected Information or to return the Protected
10 Information to the United States and certify that this has been accomplished.

11     Notwithstanding the foregoing, counsel, staff and/or the investigators for Mr. Lara may make
12 copies of the Protected Information for trial preparation and presentation.  Any copies must, however,
13 remain in the possession of counsel, investigator, staff, expert or the court.

14     Nothing in this Stipulation and Protective Order prevents defense counsel or Mr. Lara from
15 maintaining unredacted copies of records concerning Mr. Lara's own Protected Information.

16     In the event that Mr. Lara substitutes counsel, undersigned defense counsel agrees to withhold
17 these documents form new counsel unless and until substituted counsel agrees also so be bound by this
18 order.

19 Dated:  March 12, 2015                              BENJAMIN B. WAGNER
20                                            United States Attorney

21                                    By:  /s/ MATTHEW G. MORRIS
22                                          MATTHEW G. MORRIS
                                         Assistant United States Attorney

23 Dated:  March 12, 2015                          By:  /s/ DAVID COHEN (auth by email)
24                                            DAVID COHEN
                                         Attorney for EMILIO LARA

25
26 ///
27 ///
28 ///

**IT IS SO ORDERED:**

Dated: March 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE