1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8            IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00039-KJM
11 | Plaintiff, | STIPULATION AND PROPOSED ORDER
12 | v. |
13 | EMILIO LARA, |
14 | Defendant. |

15

16

17     The above captioned case is scheduled for a hearing regarding travel to Brazil by the defendant

18 while on pretrial release. ECF 5; ECF 9. The parties believe that they have reached an agreement on

19 this question that would involve execution of an additional bond, co-signed by a family member of the

20 defendant, which would be forfeited in the event that that defendant does not return from the trip. Final

21 arrangements for the execution of that additional bond will require some time.

22     Accordingly, IT IS HERBEY STIUPLATED AND AGREED by the parties that the Further

23 Hearing Regarding Travel be vacated and reset for March 23, 2015, at 2:00 before the duty Magistrate,

24 Judge Newman. The parties are optimistic that between this date and March 23, 2015, a stipulation

25 regarding additional bond will be filed and the hearing will be unnecessary.

26 ///

27 ///

28 ///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
FURTHER HEARING ON TRAVEL                          1

| | | |
|---|---|---|
| Dated:  March 16, 2015 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ MATTHEW G. MORRIS<br>MATTHEW G. MORRIS<br>Assistant United States Attorney |
| Dated:  March 16, 2015 | By: | /s/ DAVID COHEN (auth by phone)<br>DAVID COHEN<br>Attorney for EMILIO LARA |

**IT IS SO ORDERED:**

**Dated:  March 17, 2015**

dad1.crim
lara0039.stipo.cont

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE