DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Emilio Lara**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-15-0039 KJN |
| Plaintiff, | |
| v. | **STIPULATION TO MODIFY CONDITIONS OF RELEASE AND TO TAKE MARCH 23, 2015 HEARING OFF CALENDAR AND ORDER THEREON** |
| EMILIO LARA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties that Mr. Lara be permitted to travel to Brazil to attend a business related wedding between March 26, 2015 and March 31, 2015.

**IT IS FURTHER STIPULATED** that an additional personal appearance bond in the amount of $100,000 co-signed by Mr. Lara's brother, Jose Lara, be filed to cover the period of the trip to Brazil, and that the additional personal appearance bond be exonerated upon Mr. Lara's return.

A copy of the additional personal appearance bond is attached as Exhibit A.  The original signatures will be filed with the Court promptly and in due course.

**IT IS FURTHER STIPULATED** that the bond modification hearing promptly scheduled for March 23, 2015 at 2:00 p.m. be removed from calendar.

**IT IS SO STIPULATED.**

BENJAMIN B. WAGNER, ESQ.
United States Attorney

Dated: March 23, 2015     By: /s/Matthew G. Morris
MATTHEW G. MORRIS, ESQ.
Assistant United States Attorney

Attorney for **Plaintiff**

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: March 23, 2015     By: /s/David J. Cohen
DAVID J. COHEN, ESQ.

Attorneys for Defendant **Emilio Lara**

**IT IS SO ORDERED.**

Dated: March 23, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE