DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Emilio Lara**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EMILIO LARA,<br><br>    Defendant. | Case No. CR-15-0039 KJM (CKD)<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE AND ORDERE THEREON** |

   **IT IS HEREBY STIPULATED** by and between the parties that Mr. Lara's conditions of release be modified so as to provide that he be permitted to travel to the Central District of California between May 1, 2015 and May 4, 2015.

   The reason for the stipulation is as follows:

   Mr. Lara is required to attend his youngest son's baseball tournament in the Los Angeles area.  Mr. Lara's son is part of the Cepeda Baseball Traveling Team.

**IT IS SO STIPULATED.**

                                      BENJAMIN B. WAGNER, ESQ.
                                      United States Attorney

Dated: April 28, 2015         By:  /s/Matthew G. Morris
                                          MATTHEW G. MORRIS, ESQ.
                                          Assistant United States Attorney

                                          Attorney for **Plaintiff**


Dated: April 28, 2015               **BAY AREA CRIMINAL LAWYERS, PC**

                                  By:  /s/David J. Cohen
                                          DAVID J. COHEN, ESQ.

                                          Attorneys for Defendant **Emilio Lara**


**IT IS SO ORDERED.**

Dated:  April 29, 2015

                                          _/s/ Kendall J. Newman_
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE