DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Emilio Lara**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EMILIO LARA,<br><br>　　　　Defendant. | Case No. CR-15-0039 KJM (DAD)<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE AND [PROPOSED] ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties that Mr. Lara's conditions of release be modified so as to provide that he be permitted to travel to Lima, Peru from May 31, 2015 through June 8, 2015, and to San Juan, Puerto Rico from June 14, 2015 through June 22, 2015.

The reason for the stipulation is as follows:

(1)　　Lima, Peru:  Mr. Lara is an integral party to the forthcoming opening of a Peruvian Restaurant, Inca's Palace Peruvian Restaurant, in Richmond, California.  The purpose

STIPULATION TO MODIFY CONDITIONS OF RELEASE AND [PROPOSED] ORDER THEREON
*U.S. V. LARA*
CASE NO. CR-15-0039 KJM (DAD)

for the trip to Peru, is to coordinate the final selection and details with the training team from Lima.  The team is responsible for the selection and training of personnel for the upcoming opening of Inca's Palace Peruvian Restaurant.  Mr. Lara will also be meeting with several suppliers of Peruvian products such as pisco, fruit concentrates, salsas and other ingredients which must be imported to operate the restaurant.  Mr. Lara is in charge of management and operations of the restaurant.  Many of the contacts in Peru have traveled to California to work with Mr. Lara on this project and are now expecting Mr. Lara to come work with them in Peru during this critical period.  Walter Wong Gildemeister, General Manager of Inca's Enterprises SAC Peru and Jose Lara Solis, Import/Export Director are amongst the parties involved in this enterprise.  Mr. Lara arranged lodging with Alquileres Peru over the last several years.  Their contact information is (914) 908-4717 or (914) 729-2356 in the US or (511) 718-5469 in Lima.

(2) San Juan, Puerto Rico:  Mr. Lara's 11 year-old son is part of the Cepeda Baseball Traveling Team.  Mr. Lara serves as vice-president of the Cepeda Baseball Traveling Team.  As such, Mr. Lara is required to attend his youngest son's baseball tournament in San Juan, Puerto Rico.  This is a special event, entitled the 3rd Annual Carribean Classic.  The tournament commences on June 15, 2015 and ends on June 21, 2015.  The event, aside from being a competitive baseball tournament, encourages cultural development and growth.  Mr. Lara would greatly appreciate the opportunity to share this experience with his son.

Mr. Lara's brother, Jose Lara, previously signed as a surety and agreed to the doubling of Mr. Lara's personal appearance bond so as to permit his international travel.  Mr. Lara previously traveled to Brazil during the pendency of this matter without incident.

STIPULATION TO MODIFY CONDITIONS OF RELEASE AND [PROPOSED] ORDER THEREON
*U.S. V. LARA*
CASE NO. CR-15-0039 KJM (DAD)

**IT IS SO STIPULATED.**

                                  BENJAMIN B. WAGNER, ESQ.
                                  United States Attorney

Dated: May 28, 2015         By:  /s/Matthew G. Morris
                                    MATTHEW G. MORRIS, ESQ.
                                    Assistant United States Attorney

                                    Attorney for **Plaintiff**

Dated: May 28, 2015         **BAY AREA CRIMINAL LAWYERS, PC**

                                 By:  /s/David J. Cohen
                                    DAVID J. COHEN, ESQ.

                                    Attorneys for Defendant **Emilio Lara**

**IT IS SO ORDERED.**

Dated:  May 29, 2015

                                 /s/ Dale A. Drozd
                                 DALE A. DROZD
                                 UNITED STATES MAGISTRATE JUDGE

dad1.crim
lara0039.stipo.modify.cor