DAVID J. COHEN, ESQ.
California Bar No. 145748
CHERIE R. WALLACE, ESQ.
California Bar No. 253019
**BAY AREA CRIMINAL LAWYERS, PC4**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Emilio Lara**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-15-00039-GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION TO CONTINUE STATUS** |
| ) | **CONFERENCE AND [PROPOSED]** |
| EMILIO LARA, ) | **ORDER THEREON** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties that the status conference on March 4, 2016 at 9:00 a.m. be taken off calendar and continued until March 25, 2016 at 9:00 a.m.

The reason for the stipulation is as follows:

On January 8, 2016, defense counsel received notice by ECF that Mr. Lara's case was reassigned to The Honorable Judge Garland E. Burrell. The notice indicated the dates would remain the same; however, the Court changed the originally scheduled March 2, 2016 status conference to March 4, 2016 on January 8, 2016. Unfortunately, defense counsel did not receive this subsequent notice. Unaware of the date change, defense counsel traveled to Sacramento on March 2, 2016. Upon arriving at court on March 2, 2016, defense counsel learned that the new date for the status

conference had been set for March 4, 2016.  Defense counsel contacted Assistant United States Attorney Matthew Morris to inform Mr. Morris that defense counsel has a scheduling conflict on March 4, 2016.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 4, 2016, to March 25, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

                              BENJAMIN B. WAGNER, ESQ.
                              United States Attorney

Dated: March 3, 2016          By: /s/Matthew G. Morris
                                    MATTHEW G. MORRIS, ESQ.
                                    Assistant United States Attorney

                                    Attorney for **Plaintiff**


                              **BAY AREA CRIMINAL LAWYERS, PC**

Dated: March 3, 2016          By: /s/David J. Cohen
                                    DAVID J. COHEN, ESQ.

                                    Attorneys for Defendant **Emilio Lara**


**IT IS SO ORDERED.**

Dated:  March 4, 2016

                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge

Stipulation to Continue Status Conference and [Proposed] Order Thereon
*U.S. v. Lara*;
Case No. CR 15-00039-GEB        2