PHILLIP A. TALBERT
Acting United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILIO LARA,<br><br>Defendant. | CASE NO. 2:15-CR-00039-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: October 7, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 7, 2016.

2. By this stipulation, defendant now moves to continue the status conference until January 27, 2017, and to exclude time between October 7, 2016, and January 27, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes images of computer hard drives seized from the defendant's office during the execution of a search warrant. This discovery was previously made available to counsel for inspection and counsel has recently requested and obtained full images of each hard drive.

   b) Counsel for defendant desires additional time to review the data on these hard

1  drives (which requires obtaining specific software), to consult with his client, and to conduct any
2  necessary further investigation or research deriving from his review of the discovery and
3  consultation.
4        c)    Counsel for defendant believes that failure to grant the above-requested
5  continuance would deny him the reasonable time necessary for effective preparation, taking into
6  account the exercise of due diligence.
7        d)    The government does not object to the continuance.
8        e)    Based on the above-stated findings, the ends of justice served by continuing the
9  case as requested outweigh the interest of the public and the defendant in a trial within the
10 original date prescribed by the Speedy Trial Act.
11       f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
12 et seq., within which trial must commence, the time period of October 7, 2016 to January 27,
13 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
14 T4] because it results from a continuance granted by the Court at defendant's request on the basis
15 of the Court's finding that the ends of justice served by taking such action outweigh the best
16 interest of the public and the defendant in a speedy trial.
17 4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the
18 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
19 must commence.
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated:  October 6, 2016                               PHILLIP A. TALBERT
                                                                         Acting United States Attorney


                                                                          /s/ JEREMY J. KELLEY
                                                                         JEREMY J. KELLEY
                                                                         Assistant United States Attorney


Dated:  October 6, 2016                                /s/ DAVID J. COHEN
                                                                         DAVID J. COHEN
                                                                         Counsel for Defendant
                                                                         EMILIO LARA


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  October 6, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge