Case 2:15-cr-00039-GEB   Document 40   Filed 01/26/17   Page 1 of 3

PHILLIP A. TALBERT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. EMILIO LARA, Defendant. | CASE NO. 2:15-CR-00039-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: January 27, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 27, 2017.

2. By this stipulation, defendant now moves to continue the status conference until February 10, 2017, and to exclude time between January 27, 2017, and February 10, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The discovery associated with this case includes images of computer hard drives seized from the defendant's office during the execution of a search warrant. This discovery was previously made available to counsel for inspection. In July 2016, counsel for defendant requested copies of the imaged hard drives, which the government produced in August 2016.

b) Counsel for defendant has been reviewing these copies and desires an additional two weeks to finish the review of the data on these hard drives (which requires obtaining specific

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

software), to consult with his client, and to conduct any necessary further investigation or research deriving from his review of the discovery and consultation.

       c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)      The government does not object to the continuance.

       e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 27, 2017 to February 10, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 25, 2017                         PHILLIP A. TALBERT
                                                     United States Attorney

                                                     /s/ JEREMY J. KELLEY
                                                     JEREMY J. KELLEY
                                                     Assistant United States Attorney

Dated:  January 25, 2017                         /s/ DAVID J. COHEN

DAVID J. COHEN
Counsel for Defendant
EMILIO LARA

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 26, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge