DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Emilio Lara**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-15-00039-GEB (EFB) |
| Plaintiff, | |
| v. | **AMENDED NOTICE OF HEARING** |
| EMILIO LARA, | Date: June 9, 2017 |
| | Time: 2:00 p.m. |
| Defendant. | Hon. Edmund F. Brennan |

**PLEASE TAKE NOTICE** that Mr. Lara's motion for an order from this court commanding the government to produce requested materials, previously set for hearing on June 8, 2017 at 2:00 p.m., be continued to June 9, 2017 at 2:00 p.m. Mr. Lara's motion, originally filed on April 24, 2017 as ECF doc. no. 42, was referred to Magistrate Judge Brennan. The parties have met and conferred, and have agreed to reset the motion before the Duty Magistrate on June 9, 2017. Judge Brennan's courtroom deputy has directed Mr. Lara to file an amended notice of hearing in recognition thereof.

    Respectfully submitted,

    **BAY AREA CRIMINAL LAWYERS, PC**

Dated: June 5, 2017    By: /s/ David J. Cohen
    DAVID J. COHEN, ESQ.

    Attorneys for Defendant **Emilio Lara**