DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC4**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Emilio Lara**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>EMILIO LARA,<br><br>         Defendant. | Case No. CR-15-00039-GEB (EFB)<br><br>**STIPULATION TO VACATE HEARING ON MOTION TO COMPEL DISCOVERY AND [PROPOSED] ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties that the hearing on the motion to compel discovery, currently set for June 13, 2017 at 2:00 p.m., is withdrawn without prejudice to a potential re-filing before the duty magistrate on a future date amenable to the Court and the parties.

The reason for the stipulation is ongoing discovery production as well as conference between the parties regarding the identification and disclosure of any outstanding discovery requested by the defense, including materials that are the subject of the motion to compel discovery. In the interests of efficiency and preservation of court resources, Mr. Lara's motion to compel discovery is not withdrawn, but a hearing on the motion is presently vacated while discovery conference between the parties proceeds. If the parties are able to informally resolve all discovery disputes, Mr. Lara will withdraw his motion. In the event the parties are not able to resolve their discovery disputes, the parties will seek to re-file a motion to compel discovery before the appropriate duty magistrate.

**IT IS SO STIPULATED.**

                                      PHILLIP A. TALBERT, ESQ.
                                      United States Attorney

Dated: June 12, 2017          By: /s/Jeremy J. Kelley
                                      JEREMY J. KELLEY, ESQ.
                                      Assistant United States Attorney

                                      Attorney for **Plaintiff**

                                      **BAY AREA CRIMINAL LAWYERS, PC**

Dated: June 12, 2017          By: /s/David J. Cohen
                                      DAVID J. COHEN, ESQ.

                                      Attorneys for Defendant **Emilio Lara**

**IT IS SO ORDERED.**

Dated:
                                      THE HONORABLE EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE

Stipulation to Vacate Hearing on Motion to Compel Discovery and [Proposed] Order Thereon
*U.S. v. Lara*;
Case No. CR 15-00039-GEB (EFB)    2