# BAY AREA CRIMINAL LAWYERS, PC

ATTORNEYS AT LAW

300 Montgomery Street, Suite 660
San Francisco, CA 94104-1908
Tel (415) 398-3900 • Fax (415) 398-7500
inquiry@bayareacrimlaw.com
www.bayareacrimlaw.com

DAVID J. COHEN

CERTIFIED SPECIALIST - CRIMINAL LAW
THE STATE BAR OF CALIFORNIA
BOARD OF CRIMINAL SPECIALIZATION

ADMITTED IN CALIFORNIA
AND NEW YORK

JASON T. CAMPBELL
OF COUNSEL
ADMITTED IN CALIFORNIA

CHERIE R. WALLACE
ADMITTED IN CALIFORNIA

MICHAEL J. PELLEGRINI
ADMITTED IN CALIFORNIA

ALEXANDER P. GUILMARTIN
ADMITTED IN CALIFORNIA

June 8, 2017

BY E-MAIL TO Jeremy.Kelley@usdoj.gov

Jeremy Kelley
Assistant U.S. Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA

Re:  *United States v. Lara*;
Case No. 2:15-cr-00039-GEB

Mr. Kelley:

Pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and Rule 16 of the Federal Rules of Criminal Procedure, Mr. Lara requests the following materials:

1.  All materials related to a Form 3949A submitted on behalf of Concerned Mexican Americans of Vallejo alleging Mr. Lara's commission of tax return preparation fraud, including but not limited to the Form 3949A, any and all statements made by those individuals involved in the preparation of the form, any and all 302 reports stemming from interviews conducted with individuals involved in the preparation of the form or alleging fraudulent representations, and any and all investigative reports or notes associated with the submission of the Form 3949A.

2.  All materials related to IRS Agent Luis Ramirez's March 8, 2011 monitoring visit and subsequent May 9, 2011 IRS reprimand, including all statements made in relation thereto, any and all 302 reports stemming from interviews conducted with individuals in connection thereto, and any and all investigative reports and notes associated with the monitoring visit and reprimand.

3.  Any and all materials related to the IRS civil audit of Mr. Lara's personal 2010 income tax returns, including any and all investigative reports and notes prepared in connection to that audit.

Jeremy Kelley
Assistant U.S. Attorney
Re: *United States v. Lara*
    Case No. 2:15-cr-00039-GEB
June 7, 2017
Page 2

4. Any and all notices of audit, letters, or other correspondence sent to or received by clients of Mr. Lara, including but not limited to notices and letters sent to those individuals specifically listed in the indictment.

5. Any and all receipts for purchases and expenses submitted to the IRS or other government agency by individual clients of Mr. Lara who were contacted in connection to the investigation, including but not limited to those individuals specifically listed in the indictment.

6. Any and all notes prepared in connection to the interviews conducted of the individuals specifically listed in the indictment, including but not limited to investigative notes reflecting statements made during the interviews.

7. Any and all audio or video recordings of interviews with witnesses, including but not limited to interviews conducted of the individuals specifically listed in the indictment.

8. The affidavit in support of the March 29, 2011 search warrant application (no. 2:11SW120GGH), as well as any other materials prepared in connection with that search warrant, including but not limited to any and all investigative reports authored by agents who conducted the search.

9. Any and all audio or video recordings of the March 29, 2011 execution of the search warrant (no. 2:11SW120GGH) on Mr. Lara's business premises, including but not limited to recordings of interviews conducted during the execution of the search and of statements made by Mr. Lara or other witnesses present at the time of the search.

10. Any and all notes prepared in connection to the interview of Mr. Lara conducted during the March 29, 2011 search warrant execution, including but not limited to investigative notes reflecting statements made during the interview.

11. Any and all materials provided to, or signed by, Mr. Lara at the time of the March 29, 2011 search warrant execution, including but not limited to the advisement of rights form provided in connection to the interview of Mr. Lara and the notice to Mr. Lara of his being the target of a criminal investigation, whether delivered during the execution of the warrant or at any other time.

12. Any and all materials related to the 2010 or 2011 Earned Income Credit audit of Mr. Lara or his business, including any and all investigative reports and notes prepared in connection to that audit.

Jeremy Kelley
Assistant U.S. Attorney
Re: *United States v. Lara*
    · Case No. 2:15-cr-00039-GEB
June 7, 2017
Page 3

13. Any and all materials connected to Bruno Valle or Gilbert Solorio related to Mr. Lara in the government's possession, including but not limited to any and all 302 reports stemming from interviews conducted with them, any and all investigative reports or notes associated with statements made by them, any and all audio or video recordings of interviews with them, and any and all documents collected by or provided to the IRS in connection with Mr. Lara.

Mr. Lara continues to investigate the case and review materials provided to him by the government and prior counsel. The above request reflects those materials Mr. Lara has already identified as being necessary to the preparation of his defense, but should not be considered exhaustive. When and if Mr. Lara identifies additional materials necessary for his defense, he will request disclosure thereof.

Very truly yours,

David J. Cohen, Esq.