

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*McGregor W. Scott*
*United States Attorney*

| 501 I Street, Suite 10-100 | Phone | 916/554-2700 |
| Sacramento, CA 95814 | Fax | 916/554-2900 |
|  | TTD | 916/554-2855 |

February 28, 2018

VIA ELECTRONIC MAIL

David Cohen
*djcohen@bayareacrimlaw.com*
Alex Guilmartin
*apguilmartin@bayareacrimlaw.com*

    Re: *United States v. Lara*, 2:15-cr-39-GEB – **Response to Your Discovery Letter Dated February 23, 2018**

Dear Counsel:

    This letter is intended to respond to your letter of February 23, 2018, in which you made a variety of discovery requests. Our responses to each request are set out below.

    <u>Audit Information for Clients</u>: You renewed your request for audit information, as well as receipts for purchases and expenses, for clients of Mr. Lara. The government stated in its July 6, 2017, letter that it was engaged in the time-consuming process of obtaining audit information related to the returns charged in the Indictment. We have followed up with the IRS about the status of collecting this information. They are prioritizing this collection, and we will provide you with any audit information about the charged returns as soon as possible after we receive it. As noted in the government's letter of July 6, 2017, we do not believe that audit information for uncharged returns prepared by Mr. Lara is relevant, and we are not collecting that information.

    <u>Witness Interview Notes and Boxes Seized from Mr. Lara</u>: You said that you would like to schedule a time to review these materials. We expect to have them available in our office after noon on Friday. Generally our office is open from 9 a.m. to 5 p.m., and with advance notice, we can arrange for you to view the materials at just about any time. Please contact us to set a time.

    <u>Mr. Lara's Personal Tax Returns</u>: You renewed your request for Mr. Lara's tax returns for the years from 2006 to 2010 and all materials related to audits, reviews, or investigations of them. After your initial request, the government obtained and produced IRS account transcripts for Mr. Lara for the 2008, 2009, 2010, and 2014 tax years. In its July 6, 2017, letter, the government noted that Mr. Lara has access to his own personal tax returns. In addition, the government stated that a search of IRS records

did not show any audit of Mr. Lara, and it provided documentation of the search at Bates LARA_001200 – 001212.  The government explained that it did not believe any additional information was relevant to Lara's defense, and it invited you to identify any specific information requested and explain its relevance.  The government has now noticed that it may introduce the produced account transcripts at trial as 404(b) evidence.  Given your request and as a courtesy, the government will also attempt to obtain and provide Mr. Lara's tax returns, including attached schedules, for 2008, 2009, 2010, and 2014.  However, the government does not concede that those returns are relevant to Mr. Lara's defense.  The government maintains its position in the July 6, 2017, letter that no other information about Mr. Lara's returns is relevant.

<u>Scheme Development Center Information</u>: You renewed your request for information about the selection process by which the Scheme Development Center identified sixty of Mr. Lara's returns for analysis, as well as SDC rules and agents who participated in the analysis.  In the July 6, 2017, letter, the government noted that it had already provided the scheme referral report at Bates LARA_000001 - 000014 and that additional information about the SDC is available on the IRS website.  Attached with this letter, at Bates LARA_001294 – 001322, is a report written by the original case agent, part of which discusses the SDC referral.  The government has previously invited you to identify any additional information sought and how that information is material to the defense.  Your current letter does not make any more specific requests or provide any additional explanation about how information is material to the defense.  Therefore, the government maintains the position that it already stated in its letter on July 6, 2017.

<u>Contact Information for Taxpayers</u>: You have requested contact information for the twenty-one taxpayers identified in the Indictment.  The tax returns that the government has produced include taxpayers' phone numbers and addresses.  The government is currently in the process of locating these taxpayers.  If we obtain updated contact information and the taxpayers do not object to our sharing it, we will provide the information to you as a courtesy.

Please feel free to reach out to either of us with any questions or concerns.

    Sincerely,

    McGREGOR W. SCOTT
    United States Attorney

By:  */s/ Miriam R. Hinman*
    MATTHEW G. MORRIS
    MIRIAM HINMAN
    Assistant United States Attorneys