DAVID J. COHEN, ESQ.
California Bar No. 145748
ALEXANDER P. GUILMARTIN, ESQ.
California Bar No. 306767
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Emilio Lara**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR-15-00039-GEB |
| | ) | |
| Plaintiff, | ) | **MR. LARA'S PROPOSED COURT VOIR DIRE** |
| | ) | |
| v. | ) | |
| | ) | |
| EMILIO LARA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On February 5, 2018, this Court issued an order explaining that it would engage in judicial voir dire prior to counsel's limited voir dire time, and instructing the parties to submit "proposed voir dire questions to be asked by the Court." Doc. no. 56.  Mr. Lara also moved for the use of a jury questionnaire on March 2, 2018.[1]  Doc. no. 62. Mr. Lara submits the following proposed voir dire questions and requests both that the Court inquire of all prospective jurors the following and that it permit all prospective jurors an opportunity to answer any question privately if they so choose.

---

[1] In the event that Mr. Lara's motion for a jury questionnaire is granted and Mr. Lara's proposed questionnaire is adopted in full, many of the following proposed voir dire questions for the Court will be unnecessary, as the Court will be able to instead focus its voir dire on pointed follow-up questions to the questionnaire.

**PROPOSED COURT VOIR DIRE**

1. What is your name?

2. What is your age?

3. In which city do you live? How long have you lived there?

4. Where were you born?

5. Do you rent or own your own home?

6. What is your marital status (single, married, live with partner, separated, divorced, or widowed)?

7. Please list the occupations of any adults with whom you live.

8. If you have children, please list their ages and sex and, if they are employed, please give their occupations.

9. Please describe your educational background (highest grade completed, college and/or vocational schools you have attended, major areas of study).

10. Do you have any health problems that might limit your ability to concentrate on the evidence during the trial or otherwise prevent you from performing the duties of a juror? If yes, please explain.

11. Please state whether you have had any training or education in any of the following:

    a. DNA                b. Criminal Justice       c. Counseling

    d. Criminology        e. Law Enforcement        f. Psychology

    g. Law                h. Forensics              i. Bookkeeping

    j. Federal Taxation   k. Tax Law                l. Accounting

12. Do you have any feelings, bias or concerns about Latin Americans or Latino immigrants, particularly as it may relate to questioning their honesty, integrity or loyalty to the United States?

13. The name of the defendant in this case is Emilio Lara. Do you have any feelings about this case after hearing the defendant's name?

14. Do you have any feelings, bias or concerns relating to individuals who may be illegal immigrants?

15. The defendant, attorneys and witnesses may be of various races, ethnicities and national origins. Would the race, ethnicity or national origin of the defendant, the attorneys, the witnesses, or the law enforcement agents make it difficult for you to be a fair juror?

16. What are your feelings about expert witnesses or expert witness testimony?

17. Which of the following describes you?

    a. Analytical   b. Careful    c. Compassionate    d. Emotional  e. Family Oriented

    f. Judgmental  g. Kind      h. Opinionated     i. Quiet     j. Religious

    k. Sensitive   l. Skeptical   m. Spiritual       n. Happy

18. What newspapers, journals, or periodicals do you read? (either in print or on-line)

19. How often do you use a computer? The internet?

20. What are your two favorite television shows?

21. What do you enjoy doing in your spare time?

**EMPLOYMENT**

1. What is your occupation, and how long have you worked in it? (If you are retired or disabled, please describe your main occupation when you were working, if ever.)

2. Who is (or was) your employer?

3. How long have you worked for this employer?

4. If you are disabled, please state the nature of your disability and any accommodations required if you serve.

5. If you are presently a student, please give the following information: school/subject, year, and full or part-time.

Mr. Lara's Reply to Government's Opposition to Motion to Continue Trial
*U.S. v. Lara*,
Case No. CR-15-00039-GEB    3

6. Please list prior jobs or occupations (including your job title, the years employed, and the name or location of the employer).

7. Please state your spouse or partner's present occupation and employer (if any).

8. If you are divorced or widowed, what was your former spouse's occupation?

9. Please describe any unions or professional organizations to which you belong.

10. Have you ever studied or received any training or had any experience Law, Criminology or Criminal Justice, Medicine, Psychology or other Science? If yes, please explain.

11. Have you ever served in the armed forces? If yes, please describe.

## POLITICAL, RELIGIOUS, AND OTHER ORGANIZATIONAL AFFILIATIONS

1. Are you involved with a church and with church activities?

2. Have you ever had a negative experience with a religious group or organization? If yes, please explain.

3. Please list any civic, social or charitable organizations you belong to.

4. Do you or any members of your immediate family or household belong to any groups which monitors the criminal justice system or takes a position on legislation affecting the criminal justice system (i.e. Mothers Against Drunk Driving, National Rifle Assoc., Bay Area Women Against Rape, American Civil Liberties Union, victims rights groups, etc.)? If yes, please state the name of the organization(s) and your degree of involvement.

## KNOWLEDGE OF EMILIO LARA

1. Do you know or have you heard of Emilio Lara?

    a. If you know him, how long have you known him and in what capacity?

    b. If you have heard of him, what have you heard?

2. Have you, your family members, or close friends ever worked at, visited, or had any other type

Mr. Lara's Reply to Government's Opposition to Motion to Continue Trial
*U.S. v. Lara*,
Case No. CR-15-00039-GEB      4

of interaction with the following businesses:

    a. Lara's Income Tax Service

    b. Lara's Real Estate and Financial Corporation

    If yes, please describe the interaction or experience with each facility.

3. Some of the evidence may involve the tax return preparation industry, and businesses that offer assistance in the preparation of income tax returns in particular. Do you have any experience with, or opinions of, businesses of this type?

4. Have you, your family members, or close friends ever had a bad experience with a business that assists in the preparation of income tax returns?

5. Have you, a family member, or close friend ever been an officer of, or held a management position at, a business that assists in the preparation of income tax returns?

## **CRIMINAL JUSTICE SYSTEM**

1. Have you ever served on a jury before? How many times?

    If yes:

    What state/county? Was it federal court? When was your service? Was it a civil or criminal case? Did the juries reach a verdict? Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides here?

2.     **WITHOUT MENTIONING ANY NAMES**, have you, or anyone you know, been required to testify in a criminal or civil case involving taxes?

3.     Have you, a family member, or any close friend, ever worked for, or been friends with anyone who worked for, any court or law enforcement agency including, but not limited to, the following:

    a.    any police agency

Mr. Lara's Reply to Government's Opposition to Motion to Continue Trial
*U.S. v. Lara*,
Case No. CR-15-00039-GEB    5

  b. any prosecuting attorney's office

  c. any criminal defense office

  d. the judiciary (state, county or federal courts)

If yes, please explain.

4. Have you, a family member, or any close friend, ever worked for, or been friends with anyone who worked for, any law enforcement agency? If yes, please explain.

5. Have you, a family member, or any close friend ever worked in, or been friends with anyone who worked in, the legal profession? If yes, please explain.

6. Have you ever served in the military police or in courts martial?

7. Are you acquainted with Judge Garland Burrell, Jr., the judge in the case?

7. **WITHOUT MENTIONING ANY NAMES**, have you, or anyone you know, been too afraid to testify, testify truthfully, report a crime, or report a crime truthfully, out of fear of retaliation? If yes, please explain.

8. Have **you** ever been the victim of a crime? If yes, please explain and include where, when, the nature of the crime, and any injuries or losses you suffered for each such occurrence.

9. Have any members of your family or household or close friends ever been the victim of a crime? If yes, please explain each such occurrence.

10. Have you ever been a witness to a crime?

 If yes:

 a. Did you report the crime to the police? If no, why not?

 b. Did you give a statement to the police?

 c. Did you have to make any type of identification of the suspect (i.e., view pictures of suspects or attend a lineup, etc.)?

Mr. Lara's Reply to Government's Opposition to Motion to Continue Trial
*U.S. v. Lara*,
Case No. CR-15-00039-GEB  6

    d. Did you ever have to testify at a hearing or trial?

11. Have you ever called the police for any reason? If yes, please explain.

12. Have you, or a close friend or family member, ever been accused, arrested or convicted of any offense? If yes, please explain.

20. Have you, or a close friend or family member, ever had a bad experience with a court or with law enforcement or the federal government? If yes, please explain.

21. Do you believe law enforcement officers are either more or less likely to tell the truth than other witnesses because of their occupations?

## GENERAL LEGAL PRINCIPLES

1. In this case, the government alleges that the defendant, Emilio Lara, advised the preparation and presentation to the Internal Revenue Service of U.S. Individual Income Tax Returns, Forms 1040, for taxpayer clients. The government alleges that these returns were false or fraudulent as to material matters, in that they represented that the taxpayers were entitled under the provisions of the Internal Revenue laws to claim deductions for items and in amounts, when in truth and in fact, as Mr. Lara then and there knew, the taxpayers were not entitled to claim deductions for those items in the claimed amounts.

Is there anything about the nature of this case that would make it difficult for you to be a fair and impartial juror? If yes, please explain.

2. Do you understand the principles that a defendant in a criminal case is presumed to be innocent unless proven guilty and that the burden of proof is upon the government to prove guilt beyond a reasonable doubt before there can be a conviction?

3. Would you have trouble presuming the defendant to be innocent?

4. Because the defendant is presumed innocent and the burden of proof is on the government to

Mr. Lara's Reply to Government's Opposition to Motion to Continue Trial
*U.S. v. Lara*,
Case No. CR-15-00039-GEB      7

prove guilt beyond a reasonable doubt, the defendant need not testify, or present any witnesses or evidence. In fact, the defendant has a constitutional right not to testify and to rely upon the presumption of innocence. Will you be unable to give the defendant the benefit of the presumption of innocence if he chooses not to testify or present witnesses or evidence?

5. If, at the end of the case, you believed that the defendant was guilty beyond a reasonable doubt, would you be able to return a verdict of guilty?

6. If, at the end of the case, you had a reasonable doubt as to the defendant's guilt, would you be able to return a verdict of not guilty?

7. Will you be unable to follow the law as the court gives it to you, if you disagree with it or think it should be different?

8. Do you have any problem, based upon a doctrine of your religion, with sitting in judgment of another's conduct in a court of law in this or any other criminal case?

9. As a juror, you will be instructed that you must judge the testimony of each witness by the same standards, setting aside any bias or prejudice that you might have. Would it be hard for you to follow this instruction if:

    a) Some of the witnesses are law enforcement officers, and others are not?

    b) The witness has religious beliefs that are unusual or different from your own?

    c) The witness is from a different racial or ethnic group than you are?

    d) The witness if from a different socioeconomic status (more or less wealthy) than you are?

    e) The witness has an immigration status different than yours?

If yes to any of the above, please explain.

10. Is there any other reason, not addressed above, that would make it difficult for you to be a fair

and impartial juror in this case? If yes, please explain.

11. I will provide a list of the parties, agents, investigators, attorneys, potential witnesses and other people connected with this case. Do you think you might know any of these people?

### MISCELLANEOUS

1. Is there anything else you feel is important for you to tell the Judge or the attorneys?

Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: March 13, 2018            By: /s/ David J. Cohen
                                     DAVID J. COHEN, ESQ.

                                 Attorneys for Defendant **Emilio Lara**