McGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
MIRIAM R. HINMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-39-GEB |
|---|---|
| Plaintiff, | UNITED STATES' PROPOSED VOIR DIRE |
| v. | DATE: March 20, 2018 |
| EMILIO LARA, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

The United States hereby respectfully request the following questions be asked in voir dire of prospective jurors in addition to any standard biographical questions the Court normally asks:

**I.   PROPOSED VOIR DIRE QUESTIONS**

**A.   Identity of Parties**

1.   Ask counsel to introduce themselves and identify the case agent, defendant, and support staff at each counsel table.

    a.   Do any members of the panel know the defendant or David Cohen, the attorney for the defendant?

    b.   Do any members of the panel know the Assistant United States Attorneys, Matthew G. Morris or Miriam R. Hinman; Paralegal Specialist Virginia Waldrop, or anyone employed by the United States Attorney's office or the U.S. Department of Justice?

    c.   Do any members of the panel know Special Agent Erwin Rogers?

**B.     Identity of Witnesses**

2. Ask the parties to display their anticipated witness lists, and ask:

   a. Do any of you know these witnesses?

**C.     Prior Jury Service/Prior Experience with the Criminal Justice System**

3. Have any of you ever served as a juror in a criminal or civil case or as a grand juror? If so, what kind of case and did the jury come to a verdict in that case? If the jury did not reach a verdict, is there anything about that experience which would make it difficult for you to serve as a juror in this case?

4. Have any of you participated in a criminal trial proceeding, for example, as a witness at a trial or before a grand jury? If so, is there anything about the experience which might cause you to favor or disfavor either party in this case?

5. Have you, any member of your family, or any close friend ever been employed by a law enforcement agency (either as an officer or as a non-officer employee), including military law enforcement?

6. Have you, a member of your family, or any close friend been a victim or witness to a crime?

7. Have you, any member of your family, or any close friend been arrested for a crime or been the defendant in a criminal case?

8. Have you, or any of your friends or relatives, ever had an unfortunate or bad experience or a particularly positive experience with a law enforcement officer or agency, or the Internal Revenue Service or Department of Treasury?

9. Do you, or any of your friends or relatives, have as a general matter a negative or a particularly positive opinion of the Internal Revenue Service or Department of Treasury?

**D.     Willingness and Ability to Follow the Law and Examine the Evidence**

10. If you are selected to be a member of this jury, the Court will instruct you that it is your duty to follow the law, regardless of what you believe the law is or ought to be. Can everyone assure the parties that they will follow the Court's instructions on the law, regardless of what you personally believe the law is or ought to be?

11. Do any of you know of any reason why you could not be fair to both sides in this case?

12. If the United States proves the defendant's guilt beyond a reasonable doubt, is there anything that would make you hesitate in signing the verdict of guilty?

13. This trial may last as long as two weeks and may involve many witnesses and documents. Does anyone have any physical or mental condition that will make it difficult to pay attention and or retain information for that period of time?

14. Is there any reason why you would not be able to give your full attention to this case?

   a. Will any of you have difficulty seeing or hearing the witnesses?

   b. Are you taking any medication that makes you sleepy or affects your ability to concentrate?

**E.** **Potential Bias Based on the Subject Matter of the Case**

15. Have you, any member of your family, or any close friend worked for the Internal Revenue Service or Department of Treasury?

16. Have you or an immediate family member ever been subject to an IRS audit or a tax investigation or collections proceeding?

17. Have you or an immediate family member ever sued or been sued by the state or federal government?

18. During the trial you may hear testimony from agents and employees of the Internal Revenue Service.

   a. Would the fact that an IRS agent is testifying cause you to give more or less weight to his or her testimony?

   b. Do you believe that people should not have to pay taxes, generally? To the state? To the federal government?

   c. Do you feel that tax offenses should not be prosecuted by the United States or that the United States should not actively enforce tax laws? If so, do you think these beliefs will make it difficult for you to be impartial?

   d. Although we all do not enjoy paying taxes, do any of you have beliefs about the legality or constitutionality of the Internal Revenue Service collecting taxes? If so, do you think these

beliefs will make it difficult for you to be impartial?

19. Do any of you have beliefs -- religious, political, or otherwise -- that make it impossible or difficult for you to decide the guilt or innocence of another person?

20. Do any of you belong to any organizations or movement that espouses beliefs that are anti-government, that the government, its representatives, laws, and policies are illegitimate? Do any of you hold personal beliefs that are anti-government? Do any of you believe that the government, or its representatives such as the police, the IRS, federal and state judicial courts. federal and state prosecutors, or any federal, state, or local government agency do not have the authority or jurisdiction over crimes? Do you not recognize any of those people or entities as having legitimate authority?

21. Have you had a negative experience with the IRS?

    a. If so, will it make it difficult for you to be impartial?

22. Do you have strong feelings about the IRS, one way or another, that would make it difficult for you to decide the guilt or innocence of a person charged with failing to pay income taxes?

Dated: March 13, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
MIRIAM R. HINMAN
Assistant United States Attorneys