McGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
MIRIAM R. HINMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>EMILIO LARA,<br><br>                Defendant. | CASE NO. 2:15-CR-39-GEB<br><br>UNITED STATES' PROPOSED STATEMENT OF THE CASE<br><br>DATE: March 20, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

The Court ordered each party to file "a document containing a sufficient explanation of the particular factual situation involved in the trial so that we can ascertain whether a potential juror can be a fair and impartial juror in this case." ECF 56 at 2:48-11.

The government proposes the following:

> This is a criminal case brought by the United States. The defendant Emilio Lara is charged by indictment with having willfully aided or assisted other people in preparing or presenting false or fraudulent income tax returns to the IRS. The indictment alleges that each of the tax returns in question contained false and inflated amounts for one or more categories of itemized deductions. The defendant has pleaded not guilty to those charges.

///

///

///

///

PROPOSED VOIR DIRE            1

Dated: March 13, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
MIRIAM R. HINMAN
Assistant United States Attorneys