McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
MATTHEW G. MORRIS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-00039 GEB |
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | DATE: March 20, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| EMILIO LARA, | |
| Defendant. | |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief:

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1 | 2008 Form 1040 for Ramiro Fuentes | TBD* (uncertified copy produced at 000026 – 000035) | | |
| 2 | 2008 Form 1040 for Sonia Ortega | TBD* (uncertified copy produced at 000447 – 000454) | | |
| 3 | 2008 Form 1040 for Alvino Corral | TBD* (uncertified copy produced at 000251 - 000259 | | |

| 4 | 2008 Form 1040 for Jose Sosa | TBD* (uncertified copy produced at 000099 - 000113 | | |
| 5 | 2008 Form 1040 for Salvador Garcia | TBD* (uncertified copy produced at 000340 - 000351 | | |
| 6 | 2008 Form 1040 for Jose Gonzalez | TBD* (uncertified copy produced at 000685 - 000692 | | |
| 7 | 2008 Form 1040 for Candido Leon | TBD* (uncertified copy produced at 000284 - 000291 | | |
| 8 | 2008 Form 1040 for Daniel Preciado | TBD* (uncertified copy produced at 000313 - 000319 | | |
| 9 | 2008 Form 1040 for Mario Rodarte | TBD* (uncertified copy produced at 000061 - 000067 | | |
| 10 | 2008 Form 1040 for Jesus Fernandez Espinoza | TBD* (uncertified copy produced at 000479 - 000486 | | |
| 11 | 2008 Form 1040 for Armando Galvez | TBD* (uncertified copy produced at 000570 - 000583 | | |
| 12 | 2008 Form 1040 for Justo Garcia | TBD* (uncertified copy produced at 000735 - 000742 | | |

| | | | | |
|---|---|---|---|---|
| 13 | 2008 Form 1040 for Louis R. Williams | TBD* (uncertified copy produced at 000642 - 000649 | | |
| 14 | 2009 Form 1040 for Alvino Corral | TBD* (uncertified copy produced at 000260 - 000269 | | |
| 15 | 2009 Form 1040 for Ramiro Fuentes | TBD* (uncertified copy produced at 000036 - 000048 | | |
| 16 | 2009 Form 1040 for Mario Rodarte | TBD* (uncertified copy produced at 000068 - 000079 | | |
| 17 | 2009 Form 1040 for Jesus Fernandez Espinoza | TBD* (uncertified copy produced at 000487 - 000498 | | |
| 18 | 2009 Form 1040 for David Sanchez | TBD* (uncertified copy produced at 000144 - 000153 | | |
| 19 | 2009 Form 1040 for Justo Garcia | TBD* (uncertified copy produced at 000743 - 000751 | | |
| 20 | 2009 Form 1040 for Armando Mora Dominguez | TBD* (uncertified copy produced at 000160 - 000169 | | |
| 21 | 2009 Form 1040 for Juan Luis Chavez | TBD* (uncertified copy produced at 000219 - 000231 | | |

GOVERNMENT'S EXHIBIT LIST

3

| 21A | IRS Form 14157-A for Juan Luis Chavez for audit of 2009 tax year | 001421 - 001422 | | |
|-----|-----|-----|-----|-----|
| 21B | Lara's Business Card submitted with Ex. 21A | 001423 | | |
| 22 | 2009 Form 1040 for Sonia Ortega | TBD* (uncertified copy produced at 000455 - 000463 | | |
| 23 | 2009 Form 1040 for Daniel Preciado | TBD* (uncertified copy produced at 000320 - 000331 | | |
| 24 | 2009 Form 1040 for Salvador Garcia | TBD* (uncertified copy produced at 000352 - 000361 | | |
| 25 | 2009 Form 1040 for Eduardo Ortega | TBD* (uncertified copy produced at 000606 - 000615 | | |
| 26 | 2009 Form 1040 for Jorge Gonzalez | TBD* (uncertified copy produced at 000505 - 000515 | | |
| 27 | 2009 Form 1040 for Edward Dayrit | TBD* (uncertified copy produced at 000194 - 000206 | | |
| 27A | Letter from Dayrit to IRS re 2009 audit | 001469 | | |

| 28 | 2009 Form 1040 for Mario de la Cruz | TBD* (uncertified copy produced at 000176 - 000187) | | |
|---|---|---|---|---|
| 29 | 2009 Form 1040 for Jose Sosa | TBD* (uncertified copy produced at 000114 - 000127) | | |
| 30 | 2009 Form 1040 for Armando Galvez | TBD* (uncertified copy produced at 000584 - 000599) | | |
| 31 | 2010 Form 1040 for Justo Garcia | TBD* (uncertified copy produced at 001155 - 001160) | | |
| 32 | 2010 Form 1040 for Sonia Ortega | TBD* (uncertified copy produced at 000464 - 000470) | | |
| 33 | 2010 Form 1040 for Juan Luis Chavez | TBD* (uncertified copy produced at 000232 - 000242) | | |
| 33A | IRS Form 14157-A for Juan Luis Chavez for audit of 2010 tax year | 001441 - 001442 | | |
| 34 | 2010 Form 1040 for Candido Leon | TBD* (uncertified copy produced at 000292 - 000298) | | |
| 35 | 2010 Form 1040 for Sergio Diaz | TBD* (uncertified copy produced at 000410 - 000419) | | |

| 36 | 2010 Form 1040 for Jose Sosa | TBD* (uncertified copy produced at 000128 - 000137 | | |
|---|---|---|---|---|
| 37 | 2011 Form 1040 for Candido Leon | TBD* (uncertified copy produced at 000299 - 000304 | | |
| 38 | 2011 Form 1040 for Sergio Diaz | TBD* (uncertified copy produced at 000420 - 000432 | | |
| 39 | 2010 Forms 1040 & 8879 for "Miguel Navarro" (Undercover Agent) | 000763, 000765 - 000769 | | |
| 39A | W-2 & Mortgage Documentation for "Miguel Navarro" | 000775 - 000778 | | |
| 40 | Video of Undercover Agent at Lara's Income Tax Service | 001287 | | |
| 41 | Court-Certified Interpreter's Translation of Video | TBD[1] (non-court certified interpreter's translation produced at 000779 - 000800) | | |
| 42 | IRS Account Transcripts for Emilio Lara, 2008-2010 | 001205 - 001210 | | |
| 43 | DMV Record for Emilio Lara | 001170 | | |

---

[1] Per discussion with defense counsel today, the government will produce the court-certified

6

\* The government is obtaining certified copies of these tax returns for trial, but uncertified copies have already been produced at the Bates nos. listed.

Dated:  March 13, 2018                                   McGREGOR W. SCOTT
                                                        United States Attorney


                                        By:   /s/ MIRIAM R. HINMAN
                                              MIRIAM R. HINMAN
                                              MATTHEW G. MORRIS

                                              Assistant United States Attorneys

interpreter's translation of the video shortly.