McGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
MIRIAM R. HINMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILIO LARA,<br><br>Defendant. | CASE NO. 2:15-CR-39-GEB<br><br>MOTION TO DISMISS CERTAIN CHARGED COUNTS OF THE INDICTMENT WITHOUT PREJUDICE UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 48(a); [PROPOSED] ORDER THEREON<br><br>DATE: March 20, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

As anticipated in the Government's Trial Brief, in the interest of judicial economy the United States intends to focus the trial in this case to a subset of the charged counts. *See* ECF 77 at 10:16-23. Consent or permission of the defendant is not required under Rule 48(a) if the government seeks dismissal *before* trial. Fed. R. Crim. P. 48(a); *United States v. Valencia*, 492 F.2d 1071, 1074 (9th Cir. 1974) ("Consent of appellant was not necessary since trial had not yet commenced.")

The government expects that the dismissals of the counts will reduce the planned length of the government's case in chief at trial to approximately two to three court days (after jury selection).

Accordingly, pursuant to Federal Rule of Criminal Procedure 48(a), the government moves to dismiss the following counts of the indictment without prejudice[1]:

---

[1] If the case proceeds to trial as expected on March 20, 2018, the government does not expect to reinstate any dismissed count. If the case does not proceed to trial the week of March 20, 2018, the government expects to move to reinstate some or all of the counts dismissed pursuant to this motion.

|    |                          |                                                              |
|----|--------------------------|--------------------------------------------------------------|
| 1  | Count 5                  |                                                              |
| 2  | Count 7                  |                                                              |
| 3  | Count 9                  |                                                              |
| 4  | Count 11                 |                                                              |
| 5  | Count 13                 |                                                              |
| 6  | Count 16                 |                                                              |
| 7  | Count 18                 |                                                              |
| 8  | Count 20                 |                                                              |
| 9  | Count 24                 |                                                              |
| 10 | Count 26                 |                                                              |
| 11 | Count 30                 |                                                              |
| 12 | Count 34                 |                                                              |
| 13 | Count 35                 |                                                              |
| 14 | Count 37                 |                                                              |
| 15 | Count 38                 |                                                              |

Dated: March 19, 2018

McGREGOR W. SCOTT
United States Attorney

By:  /s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
MIRIAM R. HINMAN
Assistant United States Attorneys

---

"Dismissals by the government are generally presumed to be without prejudice unless a contrary intent is clearly expressed." *United States v. Brown*, 425 F.3d 681, 682 (9th Cir. 2005) (per curiam) (internal quotations and citations omitted); *see also United States v. Hayden*, 860 F.2d 1483, 1487-88 (9th Cir. 1988).

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>EMILIO LARA,<br><br>　　　　　　　　Defendant. | CASE NO. 2:15-CR-39-GEB<br><br>[PROPOSED] ORDER |

The United States has filed a motion to dismiss without prejudice fifteen counts of a 38-count indictment under Federal Rule of Criminal Procedure 48(a).  ECF 87.  Consent of the defendant to such a dismissal is not necessary since trial had not yet commenced.  *United States v. Valencia*, 492 F.2d 1071, 1074 (9th Cir. 1974).  Accordingly, the Court grants the government's motion to dismiss, without prejudice, the following counts of the Indictment:

Count 5

Count 7

Count 9

Count 11

Count 13

Count 16

Count 18

Count 20

Count 24

Count 26

Count 30

Count 34

Count 35

Count 37

MOTION TO DISMISS CERTAIN CHARGED COUNTS AND
PROPOSED ORDER

3

Count 38

IT IS SO FOUND AND ORDERED this ____ day of _____, _____.

_____
THE HONORABLE GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE