McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
MATTHEW G. MORRIS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00039 GEB |
|---|---|
| Plaintiff, | GOVERNMENT'S AMENDED WITNESS LIST |
| v. | DATE: March 22, 2018 |
| EMILIO LARA, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

The United States, by and through its undersigned counsel, hereby submits the following list of witnesses it may call in its case-in-chief:

1. Ramiro Fuentes
2. Sonia Ortega
3. Alvino Corral
4. Jose Sosa
5. Salvador Garcia
6. Jose R. Gonzalez
7. Candido Leon
8. Daniel Preciado
9. Mario Rodarte
10. Jesus Fernandez Espinoza

11. Armando Galvez

12. Justo Garcia

13. Louis R. Williams

14. David Sanchez

15. Armando Mora Dominguez

16. Juan Luis Chavez

17. Eduardo Ortega

18. Jorge Gonzalez

19. Edward Dayrit

20. Mario De La Cruz

21. Sergio Diaz

22. Maria Gonzalez

23. Lucila Galvez

24. Juan Saavedra, IRS-CI

25. Erwin Rogers, IRS-CI

26. Juan Carlos Quirarte, IRS-CI

27. Andres Gonzalez, VA-OIG

28. Agavni Angela Isayan, IRS

29. Custodian of Records, H&R Block

30. Chancelor Williams, Former IRS-CI

31. Vivian Fernandez, IRS-CI

32. Janice Sharp, IRS-CI

| | | |
|---|---|---|
| 1 | Dated:  March 21, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | | |
| 3 | | By:  /s/ MIRIAM R. HINMAN |
| 4 | | MIRIAM R. HINMAN<br>MATTHEW G. MORRIS |
| 5 | | Assistant United States Attorneys |