McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
MATTHEW G. MORRIS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00039 GEB |
|---|---|
| Plaintiff, | GOVERNMENT'S AMENDED EXHIBIT LIST |
| v. | DATE: March 22, 2018 |
| EMILIO LARA, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief. This amended exhibit list simply adds the Bates ranges for certified versions. This amended list also includes exhibits starting at number 101 that are marked for identification only.

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1 | 2008 Form 1040 for Ramiro Fuentes | 001734 -01742 (uncertified copy produced at 000026 – 000035) | | |
| 2 | 2008 Form 1040 for Sonia Ortega | 001743-001750 (uncertified copy produced at 000447 – 000454) | | |

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 3 | 2008 Form 1040 for Alvino Corral | 001751-001759 (uncertified copy produced at 000251 - 000259) | | |
| 4 | 2008 Form 1040 for Jose Sosa | 001760-001771 (uncertified copy produced at 000099 - 000113) | | |
| 5 | 2008 Form 1040 for Salvador Garcia | 001772-001783 (uncertified copy produced at 000340 - 000351) | | |
| 6 | 2008 Form 1040 for Jose Gonzalez | 001784-001791 (uncertified copy produced at 000685 - 000692) | | |
| 7 | 2008 Form 1040 for Candido Leon | 001792-001799 (uncertified copy produced at 000284 - 000291) | | |
| 8 | 2008 Form 1040 for Daniel Preciado | 001800-001806 (uncertified copy produced at 000313 - 000319) | | |
| 9 | 2008 Form 1040 for Mario Rodarte | 001807-001812 (uncertified copy produced at 000061 - 000067) | | |
| 10 | 2008 Form 1040 for Jesus Fernandez Espinoza | 001813-001820 (uncertified copy produced at 000479 - 000486) | | |
| 11 | 2008 Form 1040 for Armando Galvez | 001821-001834 (uncertified copy produced at 000570 - 000583) | | |

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 12 | 2008 Form 1040 for Justo Garcia | 001835-001842 (uncertified copy produced at 000735 - 000742) | | |
| 13 | 2008 Form 1040 for Louis R. Williams | 001843-001850 (uncertified copy produced at 000642 - 000649) | | |
| 14 | 2009 Form 1040 for Alvino Corral | 001851-001866 (uncertified copy produced at 000260 - 000269) | | |
| 15 | 2009 Form 1040 for Ramiro Fuentes | 001861-001870 (uncertified copy produced at 000036 - 000048) | | |
| 16 | 2009 Form 1040 for Mario Rodarte | 001871-001879 (uncertified copy produced at 000068 - 000079) | | |
| 17 | 2009 Form 1040 for Jesus Fernandez Espinoza | 001880-001891 (uncertified copy produced at 000487 - 000498) | | |
| 18 | 2009 Form 1040 for David Sanchez | 001892-001900 (uncertified copy produced at 000144 - 000153) | | |
| 19 | 2009 Form 1040 for Justo Garcia | 001901-001909 (uncertified copy produced at 000743 - 000751) | | |
| 20 | 2009 Form 1040 for Armando Mora Dominguez | 001910-001918 (uncertified copy produced at 000160 - 000169) | | |

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 21 | 2009 Form 1040 for Juan Luis Chavez | 001919-001930 (uncertified copy produced at 000219 - 000231) | | |
| 21A | IRS Form 14157-A for Juan Luis Chavez for audit of 2009 tax year | 001421 - 001422 | | |
| 21B | Lara's Business Card submitted with Ex. 21A | 001423 | | |
| 22 | 2009 Form 1040 for Sonia Ortega | 001931-001939 (uncertified copy produced at 000455 - 000463) | | |
| 23 | 2009 Form 1040 for Daniel Preciado | 001940-001951 (uncertified copy produced at 000320 - 000331) | | |
| 24 | 2009 Form 1040 for Salvador Garcia | 001952-001961 (uncertified copy produced at 000352 - 000361) | | |
| 25 | 2009 Form 1040 for Eduardo Ortega | 001962-001970 (uncertified copy produced at 000606 - 000615) | | |
| 26 | 2009 Form 1040 for Jorge Gonzalez | 001971-001981 (uncertified copy produced at 000505 - 000515) | | |
| 27 | 2009 Form 1040 for Edward Dayrit | 001982-001993 (uncertified copy produced at 000194 - 000206) | | |

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 27A | Letter from Dayrit to IRS re 2009 audit | 001469 | | |
| 28 | 2009 Form 1040 for Mario de la Cruz | 001994-002004 (uncertified copy produced at 000176 - 000187 | | |
| 29 | 2009 Form 1040 for Jose Sosa | 002005-002017 (uncertified copy produced at 000114 - 000127 | | |
| 30 | 2009 Form 1040 for Armando Galvez | 002018-002033 (uncertified copy produced at 000584 - 000599 | | |
| 31 | 2010 Form 1040 for Justo Garcia | 002120-002125 (uncertified copy produced at 001155 - 001160 | | |
| 32 | 2010 Form 1040 for Sonia Ortega | 002034-002040 (uncertified copy produced at 000464 - 000470 | | |
| 33 | 2010 Form 1040 for Juan Luis Chavez | 002041-002050 (uncertified copy produced at 000232 - 000242 | | |
| 33A | IRS Form 14157-A for Juan Luis Chavez for audit of 2010 tax year | 001441 - 001442 | | |
| 34 | 2010 Form 1040 for Candido Leon | 002051-002057 (uncertified copy produced at 000292 - 000298 | | |

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 35 | 2010 Form 1040 for Sergio Diaz | 002058-002067 (uncertified copy produced at 000410 - 000419) | | |
| 36 | 2010 Form 1040 for Jose Sosa | 002068-002077 (uncertified copy produced at 000128 - 000137) | | |
| 37 | 2011 Form 1040 for Candido Leon | 002078-002084 (uncertified copy produced at 000299 - 000304) | | |
| 38 | 2011 Form 1040 for Sergio Diaz | 0020-85-002097 (uncertified copy produced at 000420 - 000432) | | |
| 39 | 2010 Forms 1040 & 8879 for "Miguel Navarro" (Undercover Agent) | 000763, 000765 - 000769 | | |
| 39A | W-2 & Mortgage Documentation for "Miguel Navarro" | 000775 - 000778 | | |
| 40 | Video of Undercover Agent at Lara's Income Tax Service | 001287 | | |
| 41 | Court-Certified Interpreter's Translation of Video | 002104-002118 and 002126 (non-court certified interpreter's translation produced at 000779 - 000800) | | |

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 42 | IRS Account Transcripts for Emilio Lara, 2008-2010 | 002098 - 002103 (uncertified copy produced at 001205 – 001210) | | |
| 43 | DMV Record for Emilio Lara | 002119 (uncertified version produced at 001170) | | |
| 101 | Memorandum of Interview for David Sanchez Aguirre | 001093-0019097 | | |
| 101A | DMV Photo of David Sanchez Aguirre | 002145 | | |
| 102 | Memorandum of Interview for Juan Luis Chavez | 00114-001119 | | |
| 102A | DMV Photo of Juan Luis Chavez | 002127 | | |
| 103 | Memorandum of Interview for Alvino Corral | 001120-001122 | | |
| 103A | DMV Photo of Alvino Corral | 002128 | | |
| 104 | Memorandum of Interview for Mario Cruz and Rosa Cruz | 001105-001107 | | |
| 104A | DMV Photo of Mario Cruz | 002130 | | |
| 105 | Memorandum of Interview for Edward Dayrit and Isabel Dayrit | 001111-001113 | | |
| 105A | DMV Photo of Edward Dayrrit | 002129 | | |
| 106 | Memorandum of Interview for Sergio Diaz | 001131-001133 | | |
| 106A | DMV Photo of Sergio Diaz | 002131 | | |
| 107 | Memorandum of Interview for Jesus F. Espinoza | 001137-001139 | | |
| 107A | DMV Photo of Jesus F. Espinoza | 002133 | | |

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 108 | Memorandum of Interview for Ramiro Fuentes and Anita Fuentes | 001079-001083 | | |
| 108A | DMV Photo of Ramiro Fuente | 002143 | | |
| 109 | Memorandum of Interview for Armando Galvez and Lucila Galvez | 001143-001145 | | |
| 109A | DMV Photo of Armando Galvez | 002134 | | |
| 110 | Memorandum of Interview for Justo Garcia | 001152-001154 | | |
| 110A | DMV Photo of Justo Garcia | 002135 | | |
| 111 | Memorandum of Interview for Salvador Garcia | 001129-001130 | | |
| 112 | Memorandum of Interview for Jose R. Gonzalez | 001150-001151 | | |
| 112A | DMV Photo of Jose R. Gonzalez | 002136 | | |
| 113 | Memorandum of Interview for Maria R. Gonzalez | 001140-001142 | | |
| 114 | Memorandum of Interview for Reina Jacome | 001108-001110 | | |
| 115 | Memorandum of Interview for Joseph Lara | 001165-001166 | | |
| 116 | Memorandum of Interview for Marco Lara | 001167-001169 | | |
| 117 | Memorandum of Interview for Bernard Lavares | 001101-001104 | | |
| 118 | Memorandum of Interview for Candido Leon | 001123-001125 | | |
| 118A | DMV Photo of Candido Leon | 002141 | | |
| 119 | Memorandum of Interview for Armando Mora | 001098-001100 | | |
| 119A | DMV Photo of Armando Mora | 002148 | | |

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 120 | Memorandum of Interview for Eduardo Ortega and Wendy Medina | 001146-001147 | | |
| 120A | DMV Photo of Eduardo Ortega | 002139 | | |
| 121 | Memorandum of Interview for Sonia Ortega | 001134-001136 | | |
| 121A | DMV Photo of Sonia Ortega | 002140 | | |
| 122 | Memorandum of Interview for Daniel Preciado and Maria Preciado | 001126-001128 | | |
| 122A | DMV Photo of Daniel Preciado | 002142 | | |
| 123 | Memorandum of Interview for Mario Rodarte | 001084-001086 | | |
| 123A | DMV Photo of Mario Rodarte | 002144 | | |
| 124 | Memorandum of Interview for Jose Tapia Sosa and Carmen Villegas Sosa | 001087-001092 | | |
| 124A | DMV Photo of Jose Tapia Sosa | 002146 | | |
| 125 | Memorandum of Interview for Louis R. Williams | 001148-001149 | | |
| 125A | DMV Photo of Louis R. Williams | 002147 | | |
| 126 | Memorandum of Interview for Emilio Lara | 000752-000756 | | |

Dated: March 21, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ MIRIAM R. HINMAN
MIRIAM R. HINMAN
MATTHEW G. MORRIS

Assistant United States Attorneys

GOVERNMENT'S AMENDED EXHIBIT LIST

9