UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>EMILIO LARA,<br>　　　　Defendant. | No. 2:15-cr-00039-GEB<br><br>**EMAIL COMMUNICATION** |

　　　　The Courtroom Deputy informed me this morning that she received an email concerning Defendant's counsel, David J. Cohen, in which another attorney informs the court that Mr. Cohen is ill, and he therefore requests the trial commencement date be rescheduled for March 27, 2018 commencing at 9:00 a.m. The text of the email follows:

> 　　　　Mr. Cohen is unable to appear in court this morning. He was driving up to Sacramento just now when he became sick in his car and suit. As I understand it, he has been feeling superficially better over the past 24 hours, but clearly his body has elected not to cooperate. He is seeking immediate medical attention.
>
> 　　　　I am here in Sacramento, where I have been since last night. I will appear before the Court this morning to offer a complete explanation of the circumstances. However, I am unable to begin this trial for a number of reasons, including the fact that I am not the

> attorney Mr. Lara retained to conduct his trial and, as a practical matter, Mr. Cohen has many of the materials needed to conduct this trial.
>
> Although we have made every reasonable effort to be ready for trial this morning, because of Mr. Cohen's illness, we cannot proceed. We will be requesting the trial commence on Tuesday. We anticipate it will not last longer than the 6 scheduled court days that will be remaining at that point.
>
> My apologies for the unfortunate circumstances for all involved.

The email was sent this morning at 7:10 a.m. In light of this communication, I instructed the Courtroom Deputy to tell the Jury Administrator that all of the potential jurors who have made an appearance for trial scheduled to commence this morning need to be informed that trial will not commence as scheduled. A hearing on this matter is scheduled at 9:00 a.m. March 22, 2018.

Dated: March 22, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1