UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EMILIO LARA,<br><br>  Defendant. | No. 2:15-cr-00039-GEB<br><br>**ORDER** |

　　　　A hearing was conducted on March 22, 2018 concerning whether the rescheduled trial commencement date of March 27, 2018, is a firm trial commencement date. This assurance was requested because Defendant's retained counsel, David J. Cohen, has stated he was unavailable for two previous scheduled trial commencement dates scheduled this week and informed the court at 7:10 a.m. this morning that he is unavailable for the jury trial scheduled to commence today.

　　　　The United States requested, in light of the fact that three trial commencement dates have been vacated because of Mr. Cohen's unavailability due to an asserted illness he has, Mr. Cohen should be required to file a declaration supported by a medical provider's documentation no later than 4:00 p.m. today, March 22, 2018, which substantiates the illness he assets he has

and provides adequate assurance that he will be able to represent Defendant at the jury trial beginning at 9:00 a.m. on March 27, 2018. Defendant's counsel, David J. Cohen, shall file a declaration supported by a medical provider's documentation no later than 4:00 p.m. today, March 22, 2018, which substantiates the illness he assets he has that resulted in his unavailability for three trial commencement dates and shall provide adequate assurance that he will be able to represent Defendant at the jury trial beginning at 9:00 a.m. on March 27, 2018. Further, each party may file a brief concerning the matter no later than 4:00 p.m. tomorrow, March 23, 2018, and the brief could also address other matters concerning proceeding to trial in this case.

At the hearing, item 4 on page 3 of voir dire was discussed (docketed as ECF No. 96) and is amended as follows: "the trial will be completed in approximately two weeks and will be conducted on Tuesdays, Wednesdays, Thursdays, and Monday, April 2, 2018, from 9:00 a.m. to about 4:30 p.m." Counsel appearing for Defendant at the hearing stated Mr. Cohen may have or has a scheduled hearing that conflicts with the Monday, April 2, 2018, trial date. Mr. Cohen shall appear for trial as scheduled.

Dated: March 22, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge