MCGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>EMILIO LARA,<br><br>             Defendant. | CASE NO. 2:15-CR-39-GEB<br><br>PROPOSED JURY INSTRUCTIONS<br><br>DATE: April 2, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

The government agrees with all of the Court's proposed closing jury instructions, ECF 86, except as set out below.

The Court has not yet permitted any witness to testify as to his or her opinions under Rule 702. *See* Court's Proposed Instruction No. 18 (ECF 86, at *45). In the event that the Court eventually permits a defense witness to testify about such opinions, the government will not oppose Instruction No. 18 as it is worded in the Court's proposed instructions. On the other hand, if no defense witness testifies to opinions under Rule 702, the government will oppose the inclusion of Instruction No. 18.

PROPOSED JURY INSTRUCTIONS                                1

INSTRUCTION NO. 16

The indictment charges that the offenses alleged in each of the counts were committed "on or about," certain dates.

Although it is necessary for the government to prove beyond a reasonable doubt that the offenses were committed on dates reasonably near the dates alleged in each of the counts of the indictment, respectively, it is not necessary for the government to prove that the offense were committed precisely on the dates charged.

Justification: Court's Proposed Instruction No. 16, modified to replace language about "each of Counts One through Thirty Eight" with "each of the counts."  This change allows for the fact that some of the counts in the original indictment were dismissed on motion of the government.

INSTRUCTION NO. 22

A verdict form has been prepared for you.  The verdict form includes a separate section for each of the counts.  After you have reached a unanimous agreement on a verdict, your foreperson should complete the verdict form according to your deliberations, sign and date it, and advise the Court Security Officer that you are ready to return to the courtroom.

Justification: Court's Proposed Instruction No. 22, modified to replace language about "each of the thirty-eight counts in the indictment" with "each of the counts."  This change allows for the fact that some of the counts in the original indictment were dismissed on motion of the government.

Dated: April 1, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
MIRIAM R. HINMAN
Assistant United States Attorney