IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>EMILIO LARA,<br><br>              Defendant. | CASE NO.  2:15-CR-00039 GEB<br><br>VERDICT FORM |

WE, THE JURY, FIND THE DEFENDANT, EMILIO LARA, AS FOLLOWS:

AS TO COUNT 1 OF THE INDICTMENT:

<u>GUILTY</u>       <u>NOT GUILTY</u>

_____   _____     Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26 United States Code, Section 7206(2), with respect to deductions for medical and dental expenses or unreimbursed employee expenses on the tax return for tax year 2008 for Ramiro Fuentes, on or about January 26, 2009

AS TO COUNT 2 OF THE INDICTMENT:

<u>GUILTY</u>       <u>NOT GUILTY</u>

_____   _____     Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for gifts to charity by cash or check or unreimbursed employee expenses on the tax return for tax year 2008 for Sonia Ortega, on or about January 30, 2009

AS TO COUNT 3 OF THE INDICTMENT:

<u>GUILTY</u>     <u>NOT GUILTY</u>

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for unreimbursed employee expenses on the tax return for tax year 2008 for Alvino Corral, on or about February 6, 2009

_____   _____

AS TO COUNT 4 OF THE INDICTMENT:

<u>GUILTY</u>     <u>NOT GUILTY</u>

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for medical and dental expenses, gifts to charity by cash or check, or unreimbursed employee expenses on the tax return for tax year 2008 for Jose Sosa, on or about February 15, 2009

_____   _____

AS TO COUNT 6 OF THE INDICTMENT:

<u>GUILTY</u>     <u>NOT GUILTY</u>

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for gifts to charity by cash or check or unreimbursed employee expenses on the tax return for tax year 2008 for Jose Gonzalez, on or about February 19, 2009

_____   _____

AS TO COUNT 8 OF THE INDICTMENT:

<u>GUILTY</u>     <u>NOT GUILTY</u>

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for medical and dental expenses or unreimbursed employee expenses on the tax return for tax year 2008 for Daniel Preciado, on or about February 28, 2009

_____   _____

AS TO COUNT 10 OF THE INDICTMENT:

__GUILTY__        __NOT GUILTY__

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for medical and dental expenses, gifts to charity by cash or check, or unreimbursed employee expenses on the tax return for tax year 2008 for Jesus Fernandez Espinoza, on or about March 9, 2009

_____        _____

AS TO COUNT 12 OF THE INDICTMENT:

__GUILTY__        __NOT GUILTY__

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for gifts to charity by cash or check or unreimbursed employee expenses on the tax return for tax year 2008 for Justo Garcia, on or about March 14, 2009

_____        _____

AS TO COUNT 14 OF THE INDICTMENT:

__GUILTY__        __NOT GUILTY__

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for gifts to charity by cash or check or unreimbursed employee expenses on the tax return for tax year 2009 for Alvino Corral, on or about January 23, 2010

_____        _____

AS TO COUNT 15 OF THE INDICTMENT:

__GUILTY__        __NOT GUILTY__

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for medical and dental expenses or unreimbursed employee expenses on the tax return for tax year 2009 for Ramiro Fuentes, on or about January 25, 2010

_____        _____

AS TO COUNT 17 OF THE INDICTMENT:

__GUILTY__      __NOT GUILTY__

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for medical and dental expenses, gifts to charity by cash or check, or unreimbursed employee expenses on the tax return for tax year 2009 for Jesus Fernandez Espinoza, on or about February 10, 2010

_____      _____

AS TO COUNT 19 OF THE INDICTMENT:

__GUILTY__      __NOT GUILTY__

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for gifts to charity by cash or check or unreimbursed employee expenses on the tax return for tax year 2009 for Justo Garcia, on or about February 10, 2010

_____      _____

AS TO COUNT 21 OF THE INDICTMENT:

__GUILTY__      __NOT GUILTY__

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for medical and dental expenses, gifts to charity by cash or check, or unreimbursed employee expenses on the tax return for tax year 2009 for Juan Luis Chavez, on or about February 15, 2010

_____      _____

AS TO COUNT 22 OF THE INDICTMENT:

__GUILTY__      __NOT GUILTY__

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for gifts to charity by cash or check or unreimbursed employee expenses on the tax return for tax year 2009 for Sonia Ortega, on or about February 19, 2010

_____      _____

AS TO COUNT 23 OF THE INDICTMENT:

__GUILTY__    __NOT GUILTY__

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for gifts to charity by cash or check or unreimbursed employee expenses on the tax return for tax year 2009 for Daniel Preciado, on or about February 23, 2010

_____   _____

AS TO COUNT 25 OF THE INDICTMENT:

__GUILTY__    __NOT GUILTY__

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for gifts to charity by cash or check or unreimbursed employee expenses on the tax return for tax year 2009 for Eduardo Ortega, on or about March 2, 2010

_____   _____

AS TO COUNT 27 OF THE INDICTMENT:

__GUILTY__    __NOT GUILTY__

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for medical and dental expenses, gifts to charity by cash or check, or unreimbursed employee expenses on the tax return for tax year 2009 for Edward Dayrit, on or about March 20, 2010

_____   _____

AS TO COUNT 28 OF THE INDICTMENT:

__GUILTY__    __NOT GUILTY__

Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for medical and dental expenses, gifts to charity by cash or check, or unreimbursed employee expenses on the tax return for tax year 2009 for Mario de la Cruz, on or about March 24, 2010

_____   _____

AS TO COUNT 29 OF THE INDICTMENT:

<u>GUILTY</u>   <u>NOT GUILTY</u>

_____   _____   Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for medical and dental expenses, gifts to charity by cash or check, or unreimbursed employee expenses on the tax return for tax year 2009 for Jose Sosa, on or about March 27, 2010

AS TO COUNT 31 OF THE INDICTMENT:

<u>GUILTY</u>   <u>NOT GUILTY</u>

_____   _____   Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for gifts to charity by cash or check or unreimbursed employee expenses on the tax return for tax year 2010 for Justo Garcia, on or about January 14, 2011

AS TO COUNT 32 OF THE INDICTMENT:

<u>GUILTY</u>   <u>NOT GUILTY</u>

_____   _____   Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for unreimbursed employee expenses on the tax return for tax year 2010 for Sonia Ortega, on or about February 18, 2011

AS TO COUNT 33 OF THE INDICTMENT:

<u>GUILTY</u>   <u>NOT GUILTY</u>

_____   _____   Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for medical and dental expenses, gifts to charity by cash or check, or unreimbursed employee expenses on the tax return for tax year 2010 for Juan Luis Chavez, on or about February 18, 2011

VERDICT FORM

6

AS TO COUNT 36 OF THE INDICTMENT:

<u>GUILTY</u>          <u>NOT GUILTY</u>

_____          _____          Aiding or Assisting in the Preparation or Presentation of a False or Fraudulent Income Tax Return, in violation of Title 26, United States Code, Section 7206(2), with respect to deductions for medical and dental expenses, gifts to charity by cash or check, or unreimbursed employee expenses on the tax return for tax year 2010 for Jose Sosa, on or about March 7, 2011

_____                    _____
DATED                                                            FOREPERSON

Verdict Form

7