McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
MATTHEW G. MORRIS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>           v.<br><br>EMILIO LARA,<br><br>                     Defendant. | CASE NO.  2:15-CR-00039-GEB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: April 27, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 27, 2018.

2.      By this stipulation, defendant now moves to continue the status conference until May 11, 2018, and to exclude time between April 27, 2018, and May 11, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      Counsel for defendant desires additional time to evaluate the record and outcome from the first trial, to advise his client about how to proceed, and to discuss potential resolutions with his client.

        b)      Furthermore, defendant desires additional time to consider whether to retain his current counsel for a second trial and, if not, to seek new counsel.

1

1
2
3
4

        c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny defendant the right to be represented by the counsel of his choice.

5

        d)       The government does not object to the continuance.

6
7
8

        e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

9
10
11
12
13
14

        f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 27, 2018, to May 11, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

15
16
17

    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

18

    IT IS SO STIPULATED.

19
20
21

Dated:  April 26, 2018

                       McGREGOR W. SCOTT
                       United States Attorney

22
23
24

                       /s/ MIRIAM R. HINMAN
                       MIRIAM R. HINMAN
                       MATTHEW G. MORRIS

25

                       Assistant United States Attorneys

26
27
28

Dated:  April 26, 2018                                    /s/ DAVID J. COHEN
                                                          DAVID J. COHEN
                                                          Counsel for Defendant
                                                          Emilio Lara


### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this _____ day of _____, _____.


_____
THE HONORABLE GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE