DAVID J. COHEN, ESQ.
California Bar No. 145748
ALEXANDER P. GUILMARTIN, ESQ.
California Bar No. 306767
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Emilio Lara**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EMILIO LARA,<br><br>　　　　Defendant. | Case No. CR-15-00039-GEB<br><br>**STIPULATION TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties that the hearing set for August 11, 2018 at 9:00 a.m. be taken off calendar and continued until August 24, 2018 at 9:00 a.m.

The parties agree that the case should be continued to August 24, 2018. The parties request a continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate finding under the Speedy Trial Act and under Local Code T4:

1. Mr. Lara has been in contact with a criminal defense attorney regarding representation for his re-trial, and is in the midst of negotiations with that attorney.

2. Mr. Lara believes that within the next two weeks, he will be able to complete these negotiations.

3. Mr. Lara believes that failure to grant the above- requested continuance would deny him the reasonable time necessary to retain counsel and effectuate his constitutional right to be represented by the counsel of his choice.

4. The government does not object to the continuance.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et

seq., within which trial must commence, the time period of August 10, 2018 to August 24, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Mr. Lara's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

          McGREGOR W. SCOTT, ESQ.
          United States Attorney

Dated: August 9, 2018      By: /s/Matthew G. Morris
          MATTHEW G. MORRIS, ESQ.
          Assistant United States Attorney

          Attorney for **Plaintiff**


**BAY AREA CRIMINAL LAWYERS, PC**

Dated: August 9, 2018      By: /s/David J. Cohen
          DAVID J. COHEN, ESQ.

          Attorneys for Defendant **Emilio Lara**

**IT IS SO ORDERED.**

Dated:
          THE HONORABLE GARLAND E. BURRELL, JR.
          SENIOR UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Hearing and [Proposed] Order Thereon
*U.S. v. Lara*;
Case No. CR 15-00039-GEB (EFB)    2