McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
MATTHEW G. MORRIS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00039-GEB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| EMILIO LARA, | DATE: August 24, 2018 |
| | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference and hearing on defense counsel's motion to withdraw on August 24, 2018.

2. By this stipulation, defendant now moves to continue the status conference and hearing until September 14, 2018, and to exclude time between August 24, 2018, and September 14, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Defendant desires additional time to retain counsel.

    b) After the trial verdict on April 9, 2018, the defendant did not reach an agreement with his trial counsel, David Cohen, to retain him for a second trial.

STIPULATION TO CONTINUE HEARING & EXCLUDE
TIME UNDER THE SPEEDY TRIAL ACT

1

c) In late June, the defendant began discussions with another counsel, but he did not reach an agreement to retain that counsel.

d) A third potential counsel, David Dratman, has represented to the government that he began discussions with the defendant on or about August 2, 2018. Mr. Dratman represented that he was out of town for approximately one week since then. Mr. Dratman represented that he and the defendant are making progress on a retention agreement but have not had sufficient time to complete it. Mr. Dratman represented that he was trying to complete the process before September 14, 2018.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary to retain the counsel of his choice.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 24, 2018, to September 14, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION TO CONTINUE HEARING & EXCLUDE
TIME UNDER THE SPEEDY TRIAL ACT

2

Dated: August 23, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ MIRIAM R. HINMAN
MIRIAM R. HINMAN
MATTHEW G. MORRIS

Assistant United States Attorneys

Dated: August 23, 2018

/s/ DAVID J. COHEN
DAVID J. COHEN
Counsel for Defendant
Emilio Lara

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 24, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge