DAVID W. DRATMAN
Attorney at Law
State Bar No.   78764
1007 7th Street, Suite 305
Sacramento, CA 95814
Telephone:  (916) 443-2000
Facsimile:   (916) 443-0989
Email:  dwdratman@aol.com

DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:  (916) 447-8600
Facsimile:   (916) 930-6482
Email:  davefischer@yahoo.com

Attorneys for Defendant
EMILIO LARA

# IN THE UNITED STATES OF DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-cr-00039 GEB |
|---|---|
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER** |
| vs. | |
| EMILIO LARA, | |
| Defendant. | |

Defendant, Emilio Lara, hereby substitutes as his attorneys of record, David W. Dratman and David D. Fischer, in place of attorneys, David J. Cohen and Alexander P. Guilmartin, Bay Area Criminal Lawyers, PC.

Dated: September 11, 2018        */s/ Emilio Lara*
                                                    EMILIO LARA

SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER
*United States v. Emilio Lara*
[2:15-cr-00039 GEB]

- 1 -

We consent to the substitution.

Dated: September 12, 2018      DAVID J. COHEN
                               ALEXANDER P. GUILMARTIN
                               BAY AREA CRIMINAL LAWYERS, PC


                          By: */s/ Alex P. Guilmartin*_____


We accept the substitution.

Dated:  September 12, 2018     DAVID W. DRATMAN
                               DAVID D. FISCHER

                          By: */s/ David W. Dratman*_____
                               DAVID W. DRATMAN


## [PROPOSED] ORDER

The substitution of attorney is hereby approved and so ORDERED.


DATED: _____          _____
                               HON.  GARLAND E. BURRELL, JR.
                               United States District Court Judge

**SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER**
*United States v. Emilio Lara*
**[2:15-cr-00039 GEB]**

- 2 -