McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
MATTHEW G. MORRIS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00039-GEB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE HEARING AND SET MOTIONS DEADLINES; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| EMILIO LARA, | DATE: January 4, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on January 4, 2019.

2. By this stipulation, defendant now moves to continue the status conference until February 1, 2019.

3. In addition, the parties request that the Court set deadlines for pretrial motions and a motion hearing date according to the following schedule:

    a) February 15, 2019: All Rule 12 motions due

    b) March 1, 2019: Oppositions due

    c) March 8, 2019: Replies due

    d) March 22, 2019: Motion Hearing

STIPULATION TO CONTINUE HEARING & SET MOTIONS DEADLINES

1

4. The parties agree and stipulate, and request that the Court find the following:

a) This matter is set for jury trial on June 4, 2019, with trial confirmation hearing on May 3, 2019.

b) By previous order, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through June 4, 2019, under Local Code T4, on the basis that new counsel was substituted in for defendant on September 13, 2018, and new counsel required time to review discovery and prepare for trial.

c) By previous order, this matter was set for a status conference on January 4, 2019.

d) Counsel for defendant requests a continuance of the status conference to February 1, 2019, to allow additional time for counsel to review discovery and consult with the client.

e) The government does not object to the continuance.

f) Both parties further request that the Court set the pretrial motions deadlines and motion hearing date set forth above.

IT IS SO STIPULATED.

Dated: January 2, 2019							McGREGOR W. SCOTT
										United States Attorney

										/s/ MIRIAM R. HINMAN
										MIRIAM R. HINMAN
										MATTHEW G. MORRIS

										Assistant United States Attorneys

Dated: January 2, 2019							/s/ DAVID FISCHER
										DAVID FISCHER
										DAVID DRATMAN
										Counsel for Defendant
										Emilio Lara

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 3, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge