MCGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
MATTHEW G. MORRIS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00039-GEB |
| Plaintiff, | STIPULATION TO CONTINUE JURY TRIAL AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| EMILIO LARA, | |
| Defendant. | DATE: February 1, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on February 1, 2019.

2. By previous order, this matter was set for a jury trial on June 4, 2019, with Trial Confirmation Hearing set for May 3, 2019.

3. By this stipulation, defendant now moves to vacate the status conference, continue the jury trial until September 10, 2019, continue the Trial Confirmation Hearing to July 26, 2019, and exclude time between June 4, 2019, and September 10, 2019, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) New counsel was substituted in for defendant in September 2018, several months after the completion of the first jury trial.

b) The Court set June 4, 2019, as the date for the second jury trial prior to new counsel substituting in.

c) By previous order, time was excluded under local code T4 through June 4, 2019.

d) Counsel for defendant requires additional time to review discovery and the record of the first trial.

e) Counsel for defendant also requires additional time to discuss trial strategy with the client.

f) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g) The government does not object to the continuance.

h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 4, 2019, to September 10, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 29, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ MIRIAM R. HINMAN
MIRIAM R. HINMAN
MATTHEW G. MORRIS

Assistant United States Attorneys

Dated: January 29, 2019

/s/ DAVID DRATMAN
DAVID DRATMAN
DAVID FISCHER
Counsel for Defendant
Emilio Lara

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 30, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge