DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Facsimile: (916) 930-6482
Email: davefischer@yahoo.com

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, CA 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
EMILIO LARA

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>EMILIO LARA,<br><br>　　　Defendant. | CR.S. No. 2:15-CR-00039 GEB<br><br>**STIPULATION TO MODIFICATION OF PROTECTIVE ORDER REGARDING DISCOVERY CONTAINING PERSONAL IDENTIFYING INFORMATION** |

IT IS HEREBY STIPULATED AND AGREED by the parties that the protective order filed in ECF Doc. 11 may be modified to allow defense counsel to provide a copy of the bates numbers listed below to the defendant with personal identifying information redacted, as described below. These pages relate to tax audits concerning the various

- 1 -

| | |
|---|---|
| 1 | taxpayers in this case. The defendant needs access to the dollar amounts in these reports |
| 2 | to assist his counsel in preparing for trial. |
| 3 | The defendant agrees to store this information in a secure place, use care to ensure |
| 4 | that information is not disclosed to third parties in violation of the protective order, and |
| 5 | abide by all other terms of the protective order. All other terms of the protective order |
| 6 | remain in effect. |
| 7 | The parties agree that defense counsel can disclose the following pages to the |
| 8 | defendant, with all addresses, taxpayer identification numbers, social security numbers, |
| 9 | dates of birth, and other personal identifying information redacted: |

| BATES | TP # |
|---|---|
| 801-816 | TP 01 |
| 995-1009 | TP 02 |
| 928-939 | TP 03 |
| 831-847 | TP 04 |
| 965-977 | TP 05 |
| 1049-1055 | TP 06 |
| 940-1034 | TP 07 |
| 954-964 | TP 08 |
| 817-830 | TP 09 |
| 1010-1018 | TP 10 |
| 1025-1034 | TP 11 |
| 1056-1078 | TP 12 |
| 1041-1048 | TP 13 |
| 848-857 | TP 14 |
| 858-865 | TP 15 |
| 1348-1450 | TP 16 |
| 1035-1040 | TP 17 |
| 1019-1024 | TP 18 |
| 898-905 | TP 19 |
| 874-884 | TP 20 |
| 978-994 | TP 21 |

26 //
27 //
28 //

Mr. Lara agrees that he will make no other copies of these documents and will return them to defense counsel at the conclusion of this case. At the conclusion of this case, defense counsel agrees to obtain these documents from Mr. Lara, destroy all copies or return this information to the United States, and certify that this has been accomplished.

Dated: March 13, 2019          /s/ David D. Fischer
                               DAVID D. FISCHER
                               Attorney for EMILIO LARA

Dated: March 19, 2019          _____
                               EMILIO LARA


                               MCGREGOR SCOTT
                               United States Attorney

Dated: March 13, 2019          /s/ Miriam Hinman
                               MIRIAM HINMAN
                               Assistant United States Attorney


**IT IS SO ORDERED**


Dated: April 12, 2019

                               _____
                               CAROLYN K. DELANEY
                               UNITED STATES MAGISTRATE JUDGE