McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILIO LARA,<br><br>Defendant. | CASE NO. 2:15-CR-00039-MCE<br><br>STIPULATION TO SET STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a jury trial on September 10, 2019, and time was excluded through that date. The parties confirmed the trial at the Trial Confirmation Hearing on July 26, 2019.

2. Counsel for defendant subsequently requested that the trial be continued to allow them to review computer evidence that they had not previously reviewed. In response to that request, the case was reassigned to this Court and the September 10, 2019, trial date was vacated.

3. By this stipulation, defendant now moves to set a status conference on September 19, 2019, and exclude time between September 10, 2019, and September 19, 2019, under Local Code T4. At that status conference, the parties anticipate setting a trial date.

STIPULATION TO SET STATUS & EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

1

4. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant requires additional time to prepare for trial because their review of the government's motions in limine led them to conclude that they need to review certain computer evidence that they had not reviewed.

   b) Counsel for defendant also requires additional time to discuss trial strategy with the client after reviewing the computer evidence.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance because it agrees that reviewing the computer evidence is important to preparing the defense case.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 10, 2019, to September 19, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 10, 2019  McGREGOR W. SCOTT
United States Attorney

/s/ MIRIAM R. HINMAN
MIRIAM R. HINMAN
MICHAEL D. ANDERSON

Assistant United States Attorneys

Dated: September 10, 2019  /s/ DAVID DRATMAN
DAVID DRATMAN
DAVID FISCHER
Counsel for Defendant
Emilio Lara

## ORDER

Pursuant to the stipulation of the parties, it is so ordered. This matter is set for a status conference on September 19, 2019, at 9:00 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: September 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE