PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00039-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE |
| v. | |
| EMILIO LARA, | DATE: April 11, 2023
TIME: 9:30 a.m.
COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on April 11, 2023.

2. By this stipulation, the parties now move to continue the judgment and sentencing hearing until June 13, 2023. The parties understand that this date is available to the Court for a continued judgment and sentencing hearing.

3. The assigned probation officer is working to complete the presentence investigation process, and an extended timeline for the presentence report is necessary.

4. It is therefore requested that the PSR and judgment and sentencing schedule be modified as follows:

    a) Proposed Presentence Report Due: May 9, 2023

|   |    |                                                    |               |
|---|----|----------------------------------------------------|---------------|
|   | b) | Written Objections to Presentence Report Due:      | May 16, 2023  |
|   | c) | Presentence Report Due:                            | May 23, 2023  |
|   | d) | Motion for Correction of Presentence Report Due:   | May 30, 2023  |
|   | e) | Reply or Statement Due:                            | June 6, 2023  |
|   | f) | Judgment and Sentencing:                           | June 13, 2023 |

IT IS SO STIPULATED.

Dated: April 5, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ EMILY G. SAUVAGEAU

EMILY G. SAUVAGEAU
Assistant United States Attorneys

Dated: April 5, 2023

/s/ DAVID W. DRATMAN
DAVID W. DRATMAN
DAVID FISCHER
Counsel for Defendant
EMILIO LARA

**ORDER**

IT IS SO ORDERED.

Dated:   **April 5, 2023**

_____
UNITED STATES DISTRICT JUDGE